US009386094B2

(12) **United States Patent**
Wood et al.

(10) Patent No.: **US 9,386,094 B2**
(45) Date of Patent: **\*Jul. 5, 2016**

(54) **SYSTEM, METHOD AND APPARATUS FOR MEDIA SUBMISSION**

(71) Applicant: **Summit 6 LLC**, Dallas, TX (US)

(72) Inventors: **Lisa T. Wood**, Danville, CA (US); **Scott M. Lewis**, Midway, UT (US); **Robin Fried**, Praha (CZ)

(73) Assignee: **Summit 6 LLC**, Dallas, TX (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/107,261**

(22) Filed: **Dec. 16, 2013**

(65) **Prior Publication Data**

US 2014/0310334 A1      Oct. 16, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 13/098,090, filed on Apr. 29, 2011, now Pat. No. 8,612,515, which is a continuation of application No. 12/831,503, filed on Jul. 7, 2010, which is a continuation of application No. 10/961,720, filed on Oct. 8, 2004, now Pat. No. 7,765,482, which is a continuation of application No. 09/357,836, filed on Jul. 21, 1999, now Pat. No. 6,895,557.

(51) **Int. Cl.**

| | |
|---|---|
| *G06F 15/16* | (2006.01) |
| *H04L 29/08* | (2006.01) |
| *G06Q 30/02* | (2012.01) |
| *G06F 3/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *H04L 67/1091* (2013.01); *G06Q 30/02* (2013.01); *Y10S 707/99943* (2013.01)

(58) **Field of Classification Search**
CPC ....... H04L 65/602; H04L 67/06; H04L 67/10; H04L 67/1095; H04L 67/1091; G06Q 30/02; Y10S 707/99943
USPC .......... 709/219, 217, 205, 201, 246; 715/748, 715/744, 769, 733; 725/115
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,802,008 A | 1/1989 | Walling | |
| 4,862,200 A | 8/1989 | Hicks | |
| 5,001,628 A | 3/1991 | Johnson et al. | |
| 5,063,587 A | 11/1991 | Semasa et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0838774 A2 | 4/1998 | |
| EP | 0930774 A2 | 7/1999 | |

(Continued)

OTHER PUBLICATIONS

Emily Cohen, "Set Your Sites High," PC Magazine, May 26, 1998.

(Continued)

*Primary Examiner* — Alina N Boutah
(74) *Attorney, Agent, or Firm* — Duane S. Kobayashi

(57) **ABSTRACT**

A system, method and apparatus for media submission. The submission mechanism is configurable to perform a variable amount of intelligent preprocessing on media objects prior to upload. In the example of digital images, the tool can perform sizing and formatting, for example.

**51 Claims, 5 Drawing Sheets**





Exhibit No.

A

**US 9,386,094 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,179,637 A | 1/1993 | Nardozzi |
| 5,235,680 A | 8/1993 | Bijnagte |
| 5,327,265 A | 7/1994 | McDonald |
| 5,404,316 A | 4/1995 | Klingler et al. |
| 5,477,353 A | 12/1995 | Yamasaki |
| 5,479,206 A | 12/1995 | Ueno et al. |
| 5,493,677 A | 2/1996 | Balogh et al. |
| 5,555,388 A | 9/1996 | Shaughnessy |
| 5,606,365 A | 2/1997 | Maurimus et al. |
| 5,608,542 A | 3/1997 | Krahe et al. |
| 5,636,294 A | 6/1997 | Grosse et al. |
| 5,666,159 A | 9/1997 | Parulski et al. |
| 5,666,215 A | 9/1997 | Fredlund et al. |
| 5,675,507 A | 10/1997 | Bobo, II |
| 5,678,046 A | 10/1997 | Cahill et al. |
| 5,694,546 A | 12/1997 | Reisman |
| 5,696,850 A | 12/1997 | Parulski et al. |
| 5,706,457 A | 1/1998 | Dwyer et al. |
| 5,715,397 A | 2/1998 | Ogawa et al. |
| 5,729,741 A | 3/1998 | Liaguno et al. |
| 5,748,194 A | 5/1998 | Chen |
| 5,751,950 A | 5/1998 | Crisan |
| 5,754,172 A | 5/1998 | Kubota et al. |
| 5,760,916 A | 6/1998 | Dellert et al. |
| 5,760,917 A | 6/1998 | Sheridan |
| 5,761,404 A | 6/1998 | Murakami et al. |
| 5,761,601 A | 6/1998 | Nemirofsky et al. |
| 5,764,235 A | 6/1998 | Hunt et al. |
| 5,765,152 A | 6/1998 | Erickson |
| 5,774,670 A | 6/1998 | Montulli |
| 5,778,164 A | 7/1998 | Watkins et al. |
| 5,778,198 A | 7/1998 | Kadota |
| 5,778,430 A | 7/1998 | Ish et al. |
| 5,781,725 A | 7/1998 | Saito |
| 5,781,773 A | 7/1998 | Vanderpool et al. |
| 5,781,901 A | 7/1998 | Kuzma |
| 5,787,459 A | 7/1998 | Stallmo et al. |
| 5,787,466 A | 7/1998 | Berliner |
| 5,790,708 A | 8/1998 | Delean |
| 5,794,217 A | 8/1998 | Allen |
| 5,799,063 A | 8/1998 | Krane |
| 5,802,312 A | 9/1998 | Laziridis et al. |
| 5,802,314 A | 9/1998 | Tullis et al. |
| 5,802,518 A | 9/1998 | Karaev et al. |
| 5,806,005 A | 9/1998 | Hull et al. |
| 5,809,280 A | 9/1998 | Chard et al. |
| 5,813,009 A | 9/1998 | Johnson et al. |
| 5,819,032 A | 10/1998 | De Vries et al. |
| 5,819,092 A | 10/1998 | Ferguson et al. |
| 5,835,627 A | 11/1998 | Higgins et al. |
| 5,835,735 A | 11/1998 | Mason et al. |
| 5,844,969 A | 12/1998 | Goldman et al. |
| 5,845,299 A | 12/1998 | Arora et al. |
| 5,848,415 A | 12/1998 | Guck |
| 5,852,435 A | 12/1998 | Vigneaux et al. |
| 5,859,956 A | 1/1999 | Sugiyama et al. |
| 5,864,632 A * | 1/1999 | Ogawa .................... G06T 17/05 |
| | | 382/113 |
| 5,875,296 A | 2/1999 | Shi et al. |
| 5,880,740 A | 3/1999 | Halliday et al. |
| 5,890,170 A | 3/1999 | Sidana |
| 5,890,213 A | 3/1999 | Sokolov |
| 5,897,622 A | 4/1999 | Blinn et al. |
| 5,903,277 A | 5/1999 | Sutherland et al. |
| 5,903,728 A | 5/1999 | Semenzato |
| 5,907,640 A | 5/1999 | Delean |
| 5,911,776 A | 6/1999 | Guck |
| 5,913,088 A | 6/1999 | Moghadam et al. |
| 5,918,213 A | 6/1999 | Bernard et al. |
| 5,923,846 A | 7/1999 | Gage et al. |
| 5,926,116 A | 7/1999 | Kitano et al. |
| 5,926,288 A | 7/1999 | Dellert et al. |
| 5,933,600 A | 8/1999 | Shieh et al. |
| 5,933,646 A | 8/1999 | Hendrickson et al. |
| 5,937,232 A | 8/1999 | Taguchi et al. |
| 5,953,488 A | 9/1999 | Seto |
| 5,956,716 A | 9/1999 | Kenner et al. |
| 5,960,411 A | 9/1999 | Hartman et al. |
| 5,974,401 A | 10/1999 | Enomoto et al. |
| 6,005,613 A | 12/1999 | Endsley et al. |
| 6,006,231 A | 12/1999 | Popa |
| 6,012,068 A | 1/2000 | Boezeman et al. |
| 6,017,157 A | 1/2000 | Garfinkle et al. |
| 6,018,774 A * | 1/2000 | Mayle ................... G06Q 10/107 |
| | | 709/203 |
| 6,023,241 A | 2/2000 | Clapper |
| 6,026,431 A | 2/2000 | Hinrichs et al. |
| 6,028,603 A | 2/2000 | Wang et al. |
| 6,035,323 A | 3/2000 | Narayen et al. |
| 6,038,295 A | 3/2000 | Mattes |
| 6,058,399 A * | 5/2000 | Morag .................... H04L 29/06 |
| | | 707/610 |
| 6,058,417 A | 5/2000 | Hess et al. |
| 6,058,428 A | 5/2000 | Wang et al. |
| 6,075,528 A | 6/2000 | Curtis |
| 6,076,111 A | 6/2000 | Chiu et al. |
| 6,084,581 A | 7/2000 | Hunt |
| 6,085,195 A | 7/2000 | Hoyt et al. |
| 6,085,249 A * | 7/2000 | Wang ............... H04N 21/23463 |
| | | 709/203 |
| 6,088,732 A | 7/2000 | Smith et al. |
| 6,092,078 A | 7/2000 | Adolfsson |
| 6,092,114 A | 7/2000 | Shaffer et al. |
| 6,094,684 A | 7/2000 | Pallmann |
| 6,097,389 A | 8/2000 | Morris et al. |
| 6,104,468 A | 8/2000 | Bryniarski et al. |
| 6,118,480 A | 9/2000 | Anderson et al. |
| 6,119,101 A | 9/2000 | Peckover |
| 6,125,352 A | 9/2000 | Franklin et al. |
| 6,128,600 A | 10/2000 | Imamura et al. |
| 6,128,655 A | 10/2000 | Fields et al. |
| 6,133,985 A | 10/2000 | Garfinkle et al. |
| 6,167,382 A | 12/2000 | Sparks et al. |
| 6,167,442 A | 12/2000 | Sutherland et al. |
| 6,167,469 A | 12/2000 | Safai et al. |
| 6,167,568 A | 12/2000 | Gandel et al. |
| 6,177,934 B1 | 1/2001 | Sugiura et al. |
| 6,182,116 B1 | 1/2001 | Namma et al. |
| 6,182,279 B1 | 1/2001 | Buxton |
| 6,189,008 B1 | 2/2001 | Easty et al. |
| 6,199,082 B1 | 3/2001 | Ferrel et al. |
| 6,202,061 B1 | 3/2001 | Khosla et al. |
| 6,223,190 B1 | 4/2001 | Aihara et al. |
| 6,226,618 B1 | 5/2001 | Downs et al. |
| 6,233,590 B1 | 5/2001 | Shaw et al. |
| 6,233,600 B1 | 5/2001 | Salas et al. |
| 6,237,010 B1 | 5/2001 | Hui et al. |
| 6,253,216 B1 | 6/2001 | Sutcliffe et al. |
| 6,266,681 B1 | 7/2001 | Guthrie |
| 6,275,829 B1 | 8/2001 | Angiulo et al. |
| 6,281,874 B1 | 8/2001 | Sivan et al. |
| 6,282,549 B1 | 8/2001 | Hoffert et al. |
| 6,289,115 B1 | 9/2001 | Takeo |
| 6,301,586 B1 | 10/2001 | Yang et al. |
| 6,301,607 B2 | 10/2001 | Barraclough et al. |
| 6,308,188 B1 | 10/2001 | Bernardo et al. |
| 6,320,588 B1 | 11/2001 | Palmer et al. |
| 6,320,672 B1 | 11/2001 | Itoh |
| 6,324,538 B1 | 11/2001 | Wesinger et al. |
| 6,324,545 B1 * | 11/2001 | Morag ............... H04N 1/00132 |
| | | 358/408 |
| 6,327,049 B1 | 12/2001 | Ohtsuka |
| 6,330,527 B1 | 12/2001 | Sitka |
| 6,330,575 B1 | 12/2001 | Moore et al. |
| 6,343,302 B1 | 1/2002 | Graham |
| 6,353,445 B1 | 3/2002 | Babula et al. |
| 6,370,193 B1 | 4/2002 | Lee |
| 6,374,260 B1 | 4/2002 | Hoffert et al. |
| 6,381,029 B1 | 4/2002 | Tipirneni |
| 6,385,596 B1 | 5/2002 | Wiser et al. |
| 6,421,429 B1 | 7/2002 | Merritt et al. |
| 6,424,420 B1 | 7/2002 | Takahashi et al. |
| 6,456,591 B1 | 9/2002 | Mishra |
| 6,489,954 B1 | 12/2002 | Powlette |

**US 9,386,094 B2**

Page 3

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,489,980 | B1 | 12/2002 | Scott et al. |
| 6,501,472 | B1 | 12/2002 | Hunt et al. |
| 6,502,194 | B1 | 12/2002 | Berman et al. |
| 6,505,160 | B1 | 1/2003 | Levy et al. |
| 6,510,418 | B1 | 1/2003 | Case et al. |
| 6,513,069 | B1 | 1/2003 | Abato et al. |
| 6,516,340 | B2 | 2/2003 | Boys |
| 6,519,046 | B1 | 2/2003 | Kinjo |
| 6,519,632 | B1 | 2/2003 | Brackett et al. |
| 6,522,418 | B2 | 2/2003 | Yokomizo et al. |
| 6,532,079 | B1 | 3/2003 | Serex et al. |
| 6,532,312 | B1 * | 3/2003 | Corkran .................. G06T 11/00 |
| | | | 345/683 |
| 6,535,294 | B1 * | 3/2003 | Arledge, Jr. ....... G06Q 30/0633 |
| | | | 358/1.14 |
| 6,535,296 | B1 | 3/2003 | Oak |
| 6,539,420 | B1 | 3/2003 | Fields et al. |
| 6,542,936 | B1 | 4/2003 | Mayle et al. |
| 6,567,122 | B1 | 5/2003 | Anderson et al. |
| 6,567,983 | B1 | 5/2003 | Shiimori |
| 6,571,271 | B1 | 5/2003 | Savitzky et al. |
| 6,583,799 | B1 | 6/2003 | Manolis et al. |
| 6,621,938 | B1 | 9/2003 | Tanaka et al. |
| 6,628,417 | B1 | 9/2003 | Naito et al. |
| 6,657,702 | B1 | 12/2003 | Chui et al. |
| 6,690,417 | B1 | 2/2004 | Yoshida et al. |
| 6,693,635 | B1 | 2/2004 | Yokomizo |
| 6,711,297 | B1 | 3/2004 | Chang et al. |
| 6,718,340 | B1 | 4/2004 | Hartman et al. |
| 6,721,802 | B1 | 4/2004 | Wright et al. |
| 6,732,162 | B1 | 5/2004 | Wood et al. |
| 6,799,165 | B1 | 9/2004 | Boesjes |
| 6,853,461 | B1 | 2/2005 | Shiimori |
| 6,871,231 | B2 | 3/2005 | Morris |
| 6,895,557 | B1 | 5/2005 | Wood et al. |
| 6,930,709 | B1 * | 8/2005 | Creamer ............ H04N 1/00214 |
| | | | 348/207.1 |
| 7,010,587 | B1 | 3/2006 | Shiimori |
| 7,024,456 | B1 * | 4/2006 | Simonoff ............... G06Q 10/10 |
| | | | 709/205 |
| 7,032,030 | B1 | 4/2006 | Codignotto |
| 7,036,081 | B2 | 4/2006 | Powlette |
| 7,038,713 | B1 | 5/2006 | Matama |
| 7,043,527 | B2 | 5/2006 | Shiimori et al. |
| 7,146,575 | B2 | 12/2006 | Manolis et al. |
| 7,158,172 | B2 | 1/2007 | Kawaoka et al. |
| 7,246,147 | B2 | 7/2007 | Kim et al. |
| 7,257,158 | B1 | 8/2007 | Figueredo et al. |
| 7,263,497 | B1 | 8/2007 | Wiser et al. |
| 7,280,702 | B2 | 10/2007 | Chang et al. |
| 7,308,413 | B1 | 12/2007 | Tota et al. |
| 7,313,604 | B2 | 12/2007 | Wood et al. |
| 7,315,386 | B1 * | 1/2008 | Shiimori .................. G06F 3/14 |
| | | | 358/1.15 |
| 7,509,270 | B1 | 3/2009 | Hendricks et al. |
| 7,624,344 | B2 | 11/2009 | Mindrum et al. |
| 7,761,537 | B2 | 7/2010 | Wood et al. |
| 8,175,420 | B2 | 5/2012 | Sposato et al. |
| 2002/0067500 | A1 | 6/2002 | Yokomizo et al. |
| 2002/0091725 | A1 | 7/2002 | Skok |
| 2004/0039795 | A1 | 2/2004 | Percival |
| 2005/0239454 | A1 | 10/2005 | Kawashima et al. |
| 2005/0262437 | A1 | 11/2005 | Patterson et al. |
| 2008/0201236 | A1 | 8/2008 | Field et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1076302 A1 | 2/2001 |
| JP | 8-153183 | 6/1996 |
| JP | 11-69072 | 3/1999 |
| JP | 11-184943 | 7/1999 |
| WO | 97/04353 A1 | 2/1997 |
| WO | 97/39580 A1 | 10/1997 |
| WO | WO 98/11728 A1 | 3/1998 |
| WO | 98/36556 A1 | 8/1998 |
| WO | 98/49631 A2 | 11/1998 |
| WO | 99/19811 A3 | 4/1999 |

OTHER PUBLICATIONS

Plante et al., "The NCSA Astronomy Digital Image Library: From Data Archiving to Data Publishing," Sep. 21, 1998.
Augot et al., "Secure Delivery of Images over Open Networks," Proceedings of the IEEE, vol. 87, Issue 7, pp. 1251-1266, Jul. 1999.
Persits, Peter, "Browser-Based File Uploading Under the Microscope," 15 Seconds, Nov. 21, 1998.
Dean, Doug, "Down and Dirty Browser Uploading with a VB ASP Component," Mar. 11, 1999.
Horstmann et al., "Distributed Authoring on the Web with the BSCW Shared Workspace System," StandardView, vol. 5, No. 1, Mar. 1997.
Netscape Communications Corporation, "Creating Web Pages," Apr. 27, 1999.
Steinberg, Jill, "New Start-Up Releases Java Application and Enabling Software," JavaWorld, Oct. 1, 1996.
Bilson, Rob, "Net-It Central 1.0," IDM, Jul. 31, 1997.
Warp 10 Technologies Inc., Jul. 10, 1998.
Pictra Incorporated, Nov. 11, 1998.
Letter from Terry Anderson to Craig Hamway, Oct. 16, 1997.
PictureWorks ADP Demo, May 1, 1998.
Letter from Terry Anderson to Ken Karutz, May 1, 1998.
Email from Scott Lewis to Lisa Wood, Jul. 2, 1998.
Email from Robin Fried to Scott Lewis et al., Jul. 5, 1998.
Email from Scott Lewis to Robin Fried, Jul. 8, 1998.
Email from Robin Fried to Martha White, Jul. 9, 1998.
Email from Robin Fried to Scott Lewis et al., Jul. 9, 1998.
Email from Don Strickland to Lisa Wood et al., Jul. 14, 1998.
Emails from Scott Lewis to Lisa Wood et al., Jul. 17-18, 1998.
PictureWorks Technology, Inc. Board Update, Jun. 20, 1998.
Letter from Terry Anderson, Jul. 22, 1998.
Email from Don Strickland to Lisa Wood et al., Jul. 22, 1998.
Emails from Don Strickland, Jul. 27 and Aug. 7, 1998.
Email from Robin Fried to Scott Lewis et al., Jul. 28, 1998.
Email from Scott Lewis to Lisa Wood et al., Jul. 29, 1998.
Prioritized Activities for Enterprise Team, Jul. 31, 1998.
Email from Don Strickland to Criag Hamway, Aug. 2, 1998.
Board Update from Don Strickland, Aug. 7, 1998.
Email from Lisa Wood, Aug. 10, 1998.
Email from Scott Lewis to Terry Anderson, Aug. 13, 1998.
Letter from Terry Anderson to Randy Kau, Aug. 14, 1998.
Email from Kirby Lunger to Don Strickland et al., Aug. 14, 1998.
Email from Kirby Lunger to Lisa Wood, Aug. 26, 1998.
Email from Terry Anderson to Don Strickland, Aug. 25, 1998.
Email from Kirby Lunger to Lisa Wood, Aug. 31, 1998.
Email from Robin Fried to Scott Lewis et al., Sep. 1, 1998.
Email from Scott Lewis to Lisa Wood et al., Sep. 1, 1998.
Email from Don Strickland to Terry Anderson et al., Sep. 8, 1998.
Email from Scott Lewis to Jeff Paradise, Sep. 11, 1998.
Letter from Terry Anderson to Howard Latham, Sep. 15, 1998.
Email from Scott Lewis to Jim McCarthy, Sep. 17, 1998.
Email from Terry Anderson to Don Strickland et al., Sep. 18, 1998.
Email from Scott Lewis to Lisa Wood et al., Sep. 22, 1998.
Letter from Anthony Delli Colli to Wayne Mangold, Sep. 18, 1998.
Email from Scott Lewis to Lisa Wood et al., Sep. 23, 1998.
Email from Robin Fried to Stu Roberson, Sep. 21, 1998.
Letter from Terry Anderson to Sei-Wai Lee, Sep. 24, 1998.
Email from Scott Lewis to Lisa Wood, Sep. 25, 1998.
Email from Terry Anderson to Lisa Wood et al., Sep. 29, 1998.
Letter from Scott Lewis to Karim El-Fishaway, Oct. 2, 1998.
Email from Anthony Delli Colli to Stu Roberson et al., Oct. 2, 1998.
PictureWorks presentation to eBay, Oct. 16, 1998.
Letter from Scott Lewis to Gary Dillabough, Oct. 20, 1998.
Email from Don Strickland to PWT Employees, Oct. 31, 1998.
Press Release, Moore Data Management Services and PictureWorks Technology Inc., Announce Partnership to Revolutionize Use of Real Estate Photos on the Internet, Nov. 6, 1998.
Press Release, PictureWorks Technology Inc., Streamlines Posting of Photos to the Internet, Nov. 6, 1998.

US 9,386,094 B2

Page 4

(56)          **References Cited**

OTHER PUBLICATIONS

Email from Laurie Fleming to Andrew Hunter et al., Nov. 13, 1998.
Letter from Scott Lewis to Wayne Graves, Nov. 16, 1998.
Email from Scott Lewis to Terry Anderson et al., Nov. 20, 1998.
Screenshots from Prepare and Post Video, Nov. 20, 1998.
Laura Roe, "New Software Gives Real Estate a View of the Future," National Real Estate Investor, Dec. 1, 1998.
PictureWorks Information, Dec. 9, 1998.
PictureWorks Prepare & Post, Fourth Quarter, 1998.
Prepare & Post Product Overview, Fourth Quarter, 1998.
Letter from Terry Anderson to Neil Dhabrae, Jan. 12, 1999.
Letter from Stu Roberson to James Rowley, Jan. 29, 1999.
Product Picks, Realtor Magazine, Feb. 1, 1999.
PictureWorks Kodak Presentation, Feb. 24, 1999.
Letter from Don Strickland to Phil Ache, Mar. 2, 1999.
PictureWorks ADP Presentation, Mar. 11, 1999.
PictureWorks Press Release, "PictureWorks Releases New Free Digital Imaging Software; MediaCenter Offers Essential Tools for Web Imaging," Mar. 31, 1999.
PictureWorks Press Release, "PictureBay.com to Give-Away 30 Digital Cameras in 30 Days," Apr. 12, 1999.
PictureWorks Press Release, "PictureWorks Technology's PictureBay Solves #1 Frustration of eBay Members, Adding Pictures to Auctions," Apr. 12, 1999.
PictureWorks Press Release, "PictureWorks Technology's Rimfire Empowers any Website to Easily Accept, Process, and Display Visitor Photos and Media," Apr. 12, 1999.
Rimfire real-time integrated media brochure, Apr. 12, 1999.
Letter from Terry Anderson to Jonathan Graff, Apr. 26, 1999.
Sales Update, Apr. 30, 1999.
"PictureWorks Plans to Become Powerhouse in Internet Imaging—Exlusive Interview with CEO," The Future Image Report, vol. 7, Issue 1, May 1, 1999.
Email from Laurie Fleming to Terry Anderson et al., May 7, 1999.
Roland Woerner et al., "eBay for Dummies," Chapter 12, May 10, 1999.
Letter from Scott Lewis to Rolan Woerner, May 10, 1999.
Letter from Stu Roberson to Jim Ferras, May 25, 1999.
Rimfire real-time integrated media, May 27, 1999.
Letter from Scott Lewis to Candace Gates, May 28, 1999.
Letter of Intent between PictureWorks Technology, Inc. and Auction Universe, May 31, 1999.
Letter from Scott Lewis to Matthew Lengfelder, Jun. 1, 1999.
"Casio and PictureWorks Announce Co-Branding and Distribution Agreement; MediaCenter Offers Essential Tools for Web Imaging," Jun. 3, 1999.
Sales Update, Jun. 4, 1999.
Email from Laurie Fleming to Terry Anderson et al., Jun. 7, 1999.
PictureWorks pricing for prototype, Jun. 9, 1999.
PictureWorks proposal, Jun. 9, 1999.
PictureWorks scope of work, Jun. 9, 1999.
Letter from Terry Anderson to Amazon, Jun. 9, 1999.
"PictureWorks Announces Co-Branding and Distribution Agreements with On-Line Photo Services Companies," Jun. 14, 1999.
PictureWorks Polaroid presentation, Jun. 15, 1999.
Email from Lisa Wood to Don Strickland et al., Jun. 30, 1999.
East Bay Business Times, "PictureWorks Founder Keeps True to Original Vision," Jul. 2, 1999.
PictureWorks Technology Proposal, Jul. 9, 1999.
Press Release, "PictureWorks Releases New, Free Imaging Weblication; MediaCenter 1.1 Offers Essential Photo Tools for Internet Imaging and Web Publishing, Ideal for Digital Camera Users," Jul. 19, 1999.
Press Release, "Picturebay is the Fastest and Easiest Way to Add Pictures to Auctions," Aug. 3, 1999.
Picturebay Screenshot, Oct. 13, 1999.
Office Action dated Sep. 6, 2002 for U.S. Appl. No. 09/440,461.
Office Action dated Apr. 21, 2003 for U.S. Appl. No. 09/440,461.
Office Action dated Nov. 23, 2001 for U.S. Appl. No. 09/357,836.
Office Action dated Jun. 5, 2002 for U.S. Appl. No. 09/357,836.

Office Action dated Nov. 8, 2002 for U.S. Appl. No. 09/357,836.
Office Action dated Jun. 4, 2003 for U.S. Appl. No. 09/357,836.
Office Action dated Feb. 22, 2007 for U.S. Appl. No. 10/736,285.
Office Action dated Oct. 17, 2008 for U.S. Appl. No. 11/935,340.
Office Action dated Aug. 11, 2009 for U.S. Appl. No. 11/935,340.
Office Action dated Jan. 4, 2011 for U.S. Appl. No. 12/790,487.
Fred Delobaerde, "Development of Multimedia Courseware Technology for Use in Hydrology and Water Management Instruction," Thesis, Department of Agricultural and Biosystems Engineering, McGill University, Aug. 1998.
McDonald, Glenn, "Pictra Puts Your Photo Album on the Web for Free," PC World, Jun. 13, 1997.
Pictra Incorporated website, Oct. 9, 1997.
"Pictra first to make publishing and sharing photo albums over Internet a snap for PC users; award-winning software offers easy, fun way to create digital photo albums to share over Internet," Business Wire, May 12, 1997. (Missing pp. 3-4).
Blatner, David, "The Automatic Publisher," Macworld, May 1999.
Weger, Chuck, "Stick to the Script," American Printer, Dec. 1995.
Lowe et al., "WebReport: A World Wide Web Based Clinical Multimedia Reporting System," 1996.
Lowe et al., "The Image Engine™ HPCC Project. A Medical Digital Library System using Agent-Based Technology to Create an Integrated View of the Electronic Medical Record," Proceedings of ADL, 1996.
Adding Images to the Engine Database, Jun. 25, 1997.
Image Engine Client, Jun. 25, 1997.
Bodoh, Dan, "Making the Most of the Internet for Failure Analysis," Proceedings from the 24th International Symposium for Testing and Failure Analysis, Nov. 15-19, 1998.
Martiner, William, "Visual Basic Programmer's Guide to Web Development," Chapters 1 and 12, John Wiley & Sons, 1997.
Degenhart, Carl, "AOL in a Nutshell: A Desktop Guide to America Online," O'Reilly Media, Jul. 8, 1998.
Popa, Sorin, "WarpRes™ Technology—White Paper," Jan. 14, 1998.
Warp 10 Technologies, Inc., "Rubie's Costumes Warps into High Tech," Jan. 21, 1998.
Kervella et al., "MHEGAM—A Multimedia Messaging System," 1997.
Schurmann, Gerd, "Multimedia mail," Multimedia Systems, Springer Verlag, 1996.
Internet Assistant for PowerPoint, The PowerPoint 95 to World Wide Web Document Converter, Feb. 2, 1996.
Microsoft, Internet Assistant for PowerPoint, Nov. 20, 1996.
Bernard, Ryan, "The Corporate Intranet," 2nd Edition, 1996.
InfoAccess Home Page, Jan. 12, 1998.
InfoAccess, HTML Transit, Jan. 12, 1998.
Postel et al., "File Transfer Protocol," Oct. 1985.
Garner et al., "The application of telepresence in medicine," BT Technology Journal, vol. 15, No. 4, Oct. 1997.
M. Sirbu, "A Content-Type Header Field for Internet Messages," Mar. 1988.
Borenstein et al., "MIME (Multipurpose Internet Mail Extensions): Mechanisms for Specifying and Describing the Format of Internet Message Bodies," Jun. 1992.
N. S. Borenstein, "MIME and Metamail: Making Multimedia Mail More Mainstream," USENIX Conference, Jan. 29, 1993.
Open Mobile Alliance, "Multimedia Messaging Service—Encapsulation Protocol," Version 1.1, Oct. 2002.
ETSI, "Digital Cellular telecommunications system (Phase 2+); Technical realization of the Short Message Service (SMS) Point-to-Point (PP)," GSM 03.40, Version 5.3.0, Jul. 1996.
3rd Generation Partnership Project; Technical Specification Group Terminals; Multimedia Messaging Service (MMS); Functional description; Stage 2, 3G TS 23.140 vesion 0.1.0, Oct. 1999.
CCITT, Information Technology—Digital Compression and Coding of Continuous-Tone Still Images—Requirements and Guidelines, Recommendation T.81, Sep. 1992.
Knowledge Base, "In Unix, what is metamail and how do I use it?," Dec. 2, 2009.
T. Negrino, "Dueling HTML editors," Macworld, Dec. 1996.

**US 9,386,094 B2**

Page 5

(56)        **References Cited**

OTHER PUBLICATIONS

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A1 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A2 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A3 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A4 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A5 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A6 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A7 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A8 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A9 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A10 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A11 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A12 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation*, et al., Civil Action No. 3:11-CV-00367-0, Exhibit A13 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit A14 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B1 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B2 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B3 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B4 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B5 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B6 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B7 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B8 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B9 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B10 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B11 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B12 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B13 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B14 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B15 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B16 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B17 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B18 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B19 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B20 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B21 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B22 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B23 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B24 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B25 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B26 of Defendants' Invalidity Contentions, Sep. 9, 2011.

*Summit 6 LLC*, v. *Research in Motion Corporation, et al.*, Civil Action No. 3:11-CV-00367-0, Exhibit B27 of Defendants' Invalidity Contentions, Sep. 9, 2011.

Ethan Wilde, "AppleScript for the Internet," Chapters 6, 9 and 16, Peachpit Press, 1998.

Pruett et al., "Visual Basic Controls Desk Reference CD," Waite Group Press, 1995.

Peal, David, "America Online Official Internet Guide," Second Edition, Osborne/McGraw-Hill, 1998.

Godin, Seth, "You've Got Pictures! AOL's Guide to Digital Imaging," AOL Press, 1998.

Lu et al., "e*World—The Official Guide for Macintosh Users," Hayden Books, 1994.

Tyler et al., "Microsoft FrontPage 98," Sams.net Publishing, 1997.

Lehto et al., "Official Microsoft FrontPage 98 Book," Microsoft Press, 1997.

Barbara Kasser, "Using Microsoft PowerPoint 97," Que Corporation, 1997.

Nokia 9000i Communicator Users Manual, 1998.

**US 9,386,094 B2**

Page 6

(56)         **References Cited**

OTHER PUBLICATIONS

Smart Messaging Specification, Revision 1.0.0, Nokia Mobile Phones, Ltd., Sep. 15, 1997.
Microsoft Outlook 98 Step by Step, Microsoft Press, 1998.
Timothy Webster, "The Smart Way to Build Web Sites—NetObjects Fusion Handbook," Hayden Books, 1996.
RIM's Supplemental Invalidity Contentions, Civil Action No. 3:11-CV-00367-0, May 4, 2012.
Publication List from Invalidity Contentions, May 14, 2012.
"An Interpersonal Multimedia Visualization System," Richard L. Phillips, Los Alamos National Laboratory, IEEE Computer Graphics and Applications, pp. 20-27 (May 1991).
"MediaView, A General Multimedia Digital Publication System," Richard L. Phillips, Communications of the ACM, pp. 75-83 (Jul. 1991, vol. 34, No. 7).
"MediaView: An Editable Multimedia Publishing System Developed with an Object-Oriented Toolkit," Richard L. Phillips, Los Alamos National Laboratory, Usenix (Summer 1991).
"Media Maker," Greg Burd, NeXTWORLD, p. 13 (Fall 1992, vol. 2, No. 3).
"TrueSpectra Announces the Availability of Photo>Graphics with Full ColorWave 2.0 Support," Business Wire, p. 7250080 (Jul. 25, 1996).
"Toronto-Based Graphics-Engine Developer to Expand Functionality of HP's Imaging for the Internet; TruesSpectra's ColorWave to Add Groundbreaking Capabilities to HP's Imaging for Internet," Business Wire, p. 9170271 (Sep. 17, 1997).
"Finally, Graphics Power for OS/2 Users," Kevin Linfield, Computing Canada, p. 28 (Oct. 14, 1997).
"Grubb & Ellis Uses TrueSpectra Image Server to Enhance Intranet Capabilities," Business Wire (Dec. 2, 1998).
"TrueSpectra Debuts Iris Image Server Solutions; New Technology Addresses Critical Visual Requirements for Making E-commerce the Dominant Selling Medium," Business Wire, p. 0161 (Apr. 14, 1999).
"TrueSpectra Announces Support for Sun's Java Advanced Imaging API; Imaging Solution for E-commerce Embraces Java Technology," Business Wire, p. 0246 (Jun. 15, 1999).
"PictureWorks Technology Inc. Aggressively Develops Imaging Intensive E-commerce Solutions Using IIP and FlashPix Technologies," Business Wire, p. 6250179, (Jun. 25, 1998).
"Internet: PictureWorks Builds Imaging for E-Commerce," Network Briefing (Jun. 29, 1998).
"Getting Started with RealPublisherTM Version 5.1," RealNetworks, Inc. (1998).
"Getting Started with RealPublisherTM Premiere Plug-in Version 5.0," RealNetworks, Inc. (1997).
"RealFlash and RealAudio Content Creation Guide Beta 5.0," RealNetworks, Inc. (1997).
http://web.archive.org/web/19980215082307/http://www8.real. com/publisher/hpindex.html#webpages "Add Audio and Video to Your Web Pages with RealPublisherTM," RealNetworks, Inc. (Feb. 15, 1998).
http://web.archive.org/web/19980215084737/http://www8.real. com/publisher/resources.html "RealPublisher Resources," RealNetworks, Inc. (Feb. 15, 1998).
http://web.archive.org/web/19980215093245/http://www8.real. com/publisher/quickstart.html "Quick Start Online Guide," RealNetworks, Inc. (Feb. 15, 1998).
http://web.archive.org/web/19980211180507/http://service.real. com/help/faq/rpub5faqa1.htm "RealPublisher 5.0 & 5.1 Frequently Asked Questions, Encoding Questions," RealNetworks, Inc. (Feb. 11, 1998).
http://web.archive.org/web/19980211180513/http://service.real. com/help/faq/rpub5faqa2.htm "RealPublisher 5.0 & 5.1 Frequently Asked Questions, Publishing Questions," RealNetworks, Inc. (Feb. 11, 1998).
http://web.archive.org/web/19980211180520/http://service.real. com/help/faq/rpub5faqa3.htm "RealPublisher 5.0 & 5.1 Frequently Asked Questions, Special Topics Questions," RealNetworks, Inc. (Feb. 11, 1998).

http://web.archive.org/web/19980211180539/http://service.real. com/help/faq/rpub5faqa4.htm "RealPublisher 5.0 & 5.1 Frequently Asked Questions, RealPublisher 5.1 Specific Questions," RealNetworks, Inc. (Feb. 11, 1998).
"Pictra first to make publishing and sharing photo albums over the Internet a snap for PC uses; award-winning software offers easy, fun way to create digital photo albums to share over Internet," Business Wire (May 12, 1998).
"Pictra Puts Your Photo Album on the Web for Free," Glenn McDonald, PCWorld (Jun. 13, 1997).
"Put Your Photo Album on the Web," Glenn McDonald, PCWorld, p. 128 (Sep. 1997).
"Software and CD-ROM Reviews on File," p. 537 (Sep. 1997, vol. 13, Issue 9).
Stan Miastkowski, "WinFax Pro takes the pain out of sharing fax/modems," Infoworld, Oct. 11, 1993.
Announcing WinFax Pro, Version 2.0, Aug. 26, 1991.
Claim Construction Order, Civil Action No. 3:11-cv-367-O, May 21, 2012.
Inside MAPI, Irving De la Cruz and Les Thaler, Microsoft Press (1996).
Mobile Data Report, New Software Allows Most Windows Files to be Sent with MASC Mobidem Via Ram, vol. 6, No. 20, Oct. 10, 1994.
Info Access, Inc., HTML Transit—HTML Conversion Tool, Jan. 12, 1998.
Nebel et al., Form-Based File Upload in HTML, Nov. 1995.
Nebel, Ernesto, File Upload in HTML Forms, Sep. 23, 1994.
HTML 4.0 Specification, Dec. 18, 1997.
Point2 Internet Systems, Inc. website screen shots, 1996-2000.
PictureWorks Technology, Inc. website screen shots, 1996-1998.
Transcript of Trial, vol. 1, 3:11-cv-00367-o, Dallas, TX, Mar. 29, 2013.
Transcript of Trial, vol. 2, 3:11-cv-00367-o, Dallas, TX, Mar. 29, 2013.
Transcript of Trial, vol. 1, 3:11-cv-00367-o, Dallas, TX, Apr. 1, 2013.
Transcript of Trial, vol. 2, 3:11-cv-00367-o, Dallas, TX, Apr. 1, 2013.
Transcript of Trial, vol. 3, 3:11-cv-00367-o, Dallas, TX, Apr. 1, 2013.
Transcript of Trial, vol. 1, 3:11-cv-00367-o, Dallas, TX, Apr. 2, 2013.
Transcript of Trial, vol. 2, 3:11-cv-00367-o, Dallas, TX, Apr. 2, 2013.
Transcript of Trial, vol. 4A, 3:11-cv-00367-o, Dallas, TX, Apr. 3, 2013.
Transcript of Trial, vol. 2, 3:11-cv-00367-o, Dallas, TX, Apr. 3, 2013.
Transcript of Trial, vol. 1, 3:11-cv-00367-o, Dallas, TX, Apr. 4, 2013.
Transcript of Trial, vol. 1, 3:11-cv-00367-o, Dallas, TX, Apr. 5, 2013.
Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Motion to Strike Plaintiff's Trial Exhibit PX-1003, May 9, 2013.
Order Granting Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Motion to Strike Plaintiff's Trial Exhibit PX-1003, May 9, 2013.
Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Brief in Support of Their Motion to Strike Plaintiff's Trial Exhibit PX-1003, May 9, 2013.
Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, May 20, 2013.
Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, May 20, 2013.
Part 2 of Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, May 20, 2013.
Part 3 of Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, May 20, 2013.
Part 4 of Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, May 20, 2013.

## US 9,386,094 B2

Page 7

(56) **References Cited**

OTHER PUBLICATIONS

Part 5 of Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, May 20, 2013.
Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, May 20, 2013.
Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Brief in Support of Their Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, May 20, 2013.
Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Brief in Support of Their Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, May 20, 2013.
Part 2 of Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Brief in Support of Their Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, May 20, 2013.
Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply Brief in Support of Their Motion to Strike Summit 6's Trial Exhibit PX-1003, Civil Action No. 3:11-cv-367-O, Jun. 5, 2013.
Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply Brief in Support of Their Motion to Strike Summit 6's Trial Exhibit PX-1003, Civil Action No. 3:11-cv-367-O, Jun. 5, 2013.
Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply in Support of Their Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, Civil Action No. 3:11-cv-367-O, Jun. 17, 2013.
Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply Brief in Support of Their Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, Civil Action No. 3:11-cv-367-O, Jun. 17, 2013.
Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply Brief in Support of Their Renewed Motion for Judgment as a Matter of Law No. 3: Invalidity, Civil Action No. 3:11-cv-367-O, Jun. 17, 2013.
Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, Civil Action No. 3:11-cv-367-O, Jun. 17, 2013.
Appendix to Defendants Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC's Reply Post-Trial Brief Regarding Unenforceability of the '482 Patent Due to Inequitable Conduct, Civil Action No. 3:11-cv-367-O, Jun. 17, 2013.
Memorandum Opinion and Order, Civil Action No. 3:11-cv-367-O, Jun. 26, 2013.
Final Judgment, Civil Action No. 3:11-cv-367-O, Jun. 26, 2013.
Report on the Filing or Determination of an Action Regarding a Patent or Trademark, Civil Action No. 3:11-cv-367-O, Jun. 27, 2013.
*Summit 6 LLC* v. *Research in Motion Corp.*, Civil Action No. 3:11-cv-367-O, Bench Trial Transcript vol. 1, May 6, 2013.
*Summit 6 LLC* v. *Research in Motion Corp.*, Civil Action No. 3:11-cv-367-O, Bench Trial Transcript vol. 2, May 8, 2013.
*Summit 6 LLC* v. *Research In Motion Corp.*, Civil Action No. 3:11-cv-367-O, Bench Trial Transcript vol. 3, May 13, 2013.
Request for *Ex Parte* Reexamination for U.S. Pat. No. 7,765,482, Sep. 10, 2013.
*Summit 6, LLC* v. *Samsung Electronics Co., Ltd., and Samsung Telecommunications America, LLC*, Non-Confidential Brief of Plaintiff-Cross Appellant Summit 6, LLC., Summit 6, LLC, Feb. 24, 2014.
*Summit 6, LLC* v. *Samsung Electronics Co., Ltd., and Samsung Telecommunications America, LLC*, Non-Confidential Opening Brief of Defendants-Appellants Samsung Electronics Co., Ltd., and Samsung Telecommunications America, LLC, Dec. 13, 2013.
*Summit 6, LLC* v. *Samsung Electronics Co., Ltd., and Samsung Telecommunications America, LLC*, Non-Confidential Response and

Reply Brief of Defendants-Appellants Samsung Electronics Co., Ltd., and Samsung Telecommunications America, LLC, No. 2013-1648, -1651, U.S. Court of Appeals for the Federal Circuit, Dec. 13, 2013.
Final Office Action in *Ex Parte* Reexamination for U.S. Pat. No. 7,765,482, May 21, 2014.
Advisory Action in *Ex Parte* Reexamination for U.S. Pat. No. 7,765,482, May 21, 2014.
Jain et al., "The Design and Performance of MedJava," Proceedings of the 4th USENIX Conference on Object-Oriented Technologies and Systems (COOTS), Apr. 27-30, 1998.
J. Ahuja, "Client Server Applications in Java," PACE University, Thesis Masters of Science in Computer Science, Dec. 1997.
Gosling et al., "The Java™ Language Environment: A White Paper," Sun Microsystems, May 1996.
Wutka et al., "Java Expert Solutions," Web Based Programming Tutorials, 1997.
"Microsoft Announces ActiveX Technologies," Microsoft News Center, Mar. 12, 1996.
"Using ActiveX Controls in Visual InterDev Web Applications," Microsoft Corporation, Aug. 1998.
M. Morrison, "Java Unleashed: Everything You Need to Know to Master Java!", 1996.
Y. Sauvageau, "Java Tip 57: Applet parameterization via class reflection," Aug. 1, 1998.
"The New IEEE Standard Dictionary of Electrical and Electronics Terms," Fifth Edition, 1993.
S. Yegulap, "Subdivide and Conquer," Winmag.com, Oct. 17, 1997.
D. McNett, "Secure Encryption Challenged by Internet-Linked Computers," Oct. 22, 1997.
"ET, Phone SETI@Home!", NASA Science, May 23, 1999.
Swank et al., Visual Basic 5, Web Database Developer's Guide, 1997.
M. Richards, "Oracle Unleashed," 1996.
AspUpload, 1999.
AspUpload 1.4, User Manual, 1998.
Zedler et al., "I-Media: An Integrated Media Server and Media Database as a Basic Component of a Cross Media Publishing System," Comput. & Graphics, vol. 21, No. 6, pp. 693-702, 1997.
E. Kim, "CGI Programming Unleashed," 1996.
Brophy et al., "Teach Yourself VBScript in 21 Days," 1996.
L. Pena, "SlitImage class," Aug. 25, 1997.
L. Pena, "FileSplit," Oct. 12, 1997.
Defendants Preliminary Invalidity Contentions, Exhibit A2, Civil Action No. 7:14-cv-00014, Aug. 11, 2014.
Defendants Preliminary Invalidity Contentions, Exhibit A4, Civil Action No. 7:14-cv-00014, Aug. 11, 2014.
Defendants Preliminary Invalidity Contentions, Exhibit A8, Civil Action No. 7:14-cv-00014, Aug. 11, 2014.
Defendants Preliminary Invalidity Contentions, Exhibit B1, Civil Action No. 7:14-cv-00014, Aug. 11, 2014.
Defendants Preliminary Invalidity Contentions, Exhibit B2, Civil Action No. 7:14-cv-00014, Aug. 11, 2014.
Defendants Preliminary Invalidity Contentions, Exhibit B12, Civil Action No. 7:14-cv-00014, Aug. 11, 2014.
Defendants Preliminary Invalidity Contentions, Exhibit B18, Civil Action No. 7:14-cv-00014, Aug. 11, 2014.
Defendants Preliminary Invalidity Contentions, Exhibit B20, Civil Action No. 7:14-cv-00014, Aug. 11, 2014.
Defendants Preliminary Invalidity Contentions, Exhibit B26, Civil Action No. 7:14-cv-00014, Aug. 11, 2014.
Defendants Preliminary Invalidity Contentions, Exhibit B27, Civil Action No. 7:14-cv-00014, Aug. 11, 2014.
Defendants Preliminary Invalidity Contentions, Exhibit C1, Civil Action No. 7:14-cv-00014, Aug. 11, 2014.
Defendants Preliminary Invalidity Contentions, Exhibit C2, Civil Action No. 7:14-cv-00014, Aug. 11, 2014.
Defendants Preliminary Invalidity Contentions, Exhibit C12, Civil Action No. 7:14-cv-00014, Aug. 11, 2014.
Defendants Preliminary Invalidity Contentions, Exhibit C18, Civil Action No. 7:14-cv-00014, Aug. 11, 2014.
Defendants Preliminary Invalidity Contentions, Exhibit C23, Civil Action No. 7:14-cv-00014, Aug. 11, 2014.

US 9,386,094 B2

Page 8

(56)          **References Cited**

OTHER PUBLICATIONS

Defendants Preliminary Invalidity Contentions, Exhibit C24, Civil Action No. 7:14-cv-00014, Aug. 11, 2014.
Defendants Preliminary Invalidity Contentions, Exhibit C25, Civil Action No. 7:14-cv-00014, Aug. 11, 2014.
C.Walnum, "Java By Example," 1996.
NeXTSTEP Applications Manual, Chapters 7-8, 1990.
NeXTSTEP 3.0 User's Guide, Chapters 13-14, 1992.
NeXTSTEP 3 Quick Start Guide, showing usage of NeXTMail, 1994.
NeXTCube Marketing Piece (12" square 'Cube' print) showing usage of NeXTMail, 1989.
NeXTCube Marketing Piece (12" square 'Cube' print) showing usage of NeXTMail, 1990.
NeXTSTEP O/S Overview, Marketing Material, showing usage of NeXTMail, Release 3.0 (1992, Release for Intel Processors (1993), NeXTSTEP PA-RISC, Sparc, intel, NeXT (1993-1995), NextSTEP 486 (preliminary doc 1992), 1992-1995.
NeXTSTEP Development "Leverage", Marketing Material, showing usage of NeXTMail, 1992.
Why the World Needs a New Computer, Marketing Material, showing usage of NeXTMail, 1991.
NeXTSTEP 3.0 Here's How Guide, showing usage of NeXTMail, 1990-1992.
NeXT User's Reference, 1991.
NeXTSTATION, 1992.
NeXTSTEP Network and System Administration, NeXTSTEP Developer's Library, Release 3, NeXT Computer, Inc., 1992.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Exhibit 2, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Exhibit 3, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Exhibit 4, Part 1, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Exhibit 4, Part 2, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Exhibit 4, Part 3, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Exhibit 4, Part 4, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Exhibit 4, Part 5, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity

Contentions, Exhibit 4, Part 6, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Exhibit 4, Part 7, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Exhibit 4, Part 8, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Exhibit 5, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Exhibit 6, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Exhibit 7, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Exhibit 8, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Exhibit 9, Part 1, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Exhibit 9, Part 2, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Exhibit 9, Part 3, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Exhibit 9, Part 4, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Exhibit 10, Part 1, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Exhibit 10, Part 2, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Hsiwen Lo in Support of Defendants' Motion to Amend Preliminary Invalidity Contentions, Exhibit 10, Part 3, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.
Examiner's Answer in *Ex Parte* Reexamination for U.S. Pat. No. 7,765,482, Jan. 20, 2015.
Rose et al., NeXTSTEP Applications Manual, 1990.
*Summit 6, LLC* v. *HTC Corporation et al.*, Opening Claim Construction Brief of Plaintiff Summit 6, Civil Action No. 7:14-cv-00014-O,

**US 9,386,094 B2**

Page 9

(56) **References Cited**

OTHER PUBLICATIONS

United States District Court for the Northern District of Texas Wichita Falls Division, Dec. 29, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Opening Claim Construction Brief, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Dec. 30, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Amended Joint Claim Construction and Prehearing Statement, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Jan. 27, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Motion to Amend Preliminary Invalidity Contentions, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Memorandum in Support of Their Motion to Amend Preliminary Invalidity Contentions, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Appendix Two to Defendants' Motion to Amend Preliminary Invalidity Contentions, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Nov. 22, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Summit 6 LLC's Response to Defendants' Motion to Amend Preliminary Invalidity Contentions, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Dec. 15, 2014.

Petition for *Inter Partes* Review of U.S. Pat. No. 7,765,482, Case No. IPR2015-00685, Feb. 4, 2015.

Declaration of Petitioner's Expert Dr. Andrew Lippman, Case No. IPR2015-00685, Feb. 4, 2015.

Petition for *Inter Partes* Review of U.S. Pat. No. 7,765,482, Case No. IPR2015-00688, Feb. 4, 2015.

Declaration of Petitioner's Expert Dr. Andrew Lippman, Case No. IPR2015-00688, Feb. 4, 2015.

Petition for *Inter Partes* Review of U.S. Pat. No. 7,765,482, Case No. IPR2015-00686, Feb. 4, 2015.

Declaration of Petitioner's Expert Dr. Andrew Lippman, Case No. IPR2015-00686, Feb. 4, 2015.

Petition for *Inter Partes* Review of U.S. Pat. No. 7,765,482, Case No. IPR2015-00687, Feb. 4, 2015.

Declaration of Petitioner's Expert Dr. Andrew Lippman, Case No. IPR2015-00687, Feb. 4, 2015.

Petition for *Inter Partes* Review of U.S. Pat. No. 8,612,515, Case No. IPR2015-00683, Feb. 4, 2015.

Declaration of Petitioner's Expert Dr. Andrew Lippman, Case No. IPR2015-00683, Feb. 4, 2015.

Petition for *Inter Partes* Review of U.S. Pat. No. 8,612,515, Case No. IPR2015-00684, Feb. 4, 2015.

Declaration of Petitioner's Expert Dr. Andrew Lippman, Case No. IPR2015-00684, Feb. 4, 2015.

Petition for *Inter Partes* Review of U.S. Pat. No. 6,895,557, Case No. IPR2015-00680, Feb. 4, 2015.

Declaration of Petitioner's Expert Dr. Andrew Lippman, Case No. IPR2015-00680, Feb. 4, 2015.

Petition for *Inter Partes* Review of U.S. Pat. No. 6,895,557, Case No. IPR2015-00681, Feb. 4, 2015.

Declaration of Petitioner's Expert Dr. Andrew Lippman, Case No. IPR2015-00681, Feb. 4, 2015.

Patent Owner's Preliminary Response for Inter Partes Review of U.S. Pat. No. 6,895,557, Case No. IPR2015-00680, May 19, 2015.

Patent Owner's Preliminary Response for Inter Partes Review of U.S. Pat. No. 6,895,557, Case No. IPR2015-00681, May 19, 2015.

Patent Owner's Preliminary Response for Inter Partes Review of U.S. Pat. No. 8,612,515, Case No. IPR2015-00683, May 19, 2015.

Patent Owner's Preliminary Response for Inter Partes Review of U.S. Pat. No. 8,612,515, Case No. IPR2015-00684, May 19, 2015.

Patent Owner's Preliminary Response for Inter Partes Review of U.S. Pat. No. 7,765,482, Case No. IPR2015-00685, May 19, 2015.

Patent Owner's Preliminary Response for Inter Partes Review of U.S. Pat. No. 7,765,482, Case No. IPR2015-00686, May 19, 2015.

Patent Owner's Preliminary Response for Inter Partes Review of U.S. Pat. No. 7,765,482, Case No. IPR2015-00687, May 19, 2015.

Patent Owner's Preliminary Response for Inter Partes Review of U.S. Pat. No. 7,765,482, Case No. IPR2015-00688, May 19, 2015.

Patent Owner's Preliminary Response for Inter Partes Review of U.S. Pat. No. 7,765,482, Case No. IPR2015-00806, Jun. 15, 2015.

Patent Owner's Preliminary Response for Inter Partes Review of U.S. Pat. No. 8,612,515, Case No. IPR2015-00807, Jun. 15, 2015.

Rimfire Functional Specification Version 1.0 Core Feature Set, revision 4, Apr. 12, 1999.

pbay Marketing Plan, PictureWorks Technology, Inc., Mar. 24, 1999.

White Paper, "Rimfire: The End-to-End Imaging Solution for Content Capture and Delivery," Internet Pictures Corporation, 2000.

Market Study, "Image Servers—Early Adopter Case Studies," Tony Henning and Future Image, Inc., 2001.

Press Release, "iPIX Acquisition Locks up Internet Picture Market," Mar. 9, 2000.

Press Release, "iPIX to Acquire PictureWorks Technology, Inc. to form End-to-End Internet Imaging Solutions Company," PictureWorks Technology, Inc., Mar. 8, 2000.

iPIX Presentation, "Enhancing Classified Advertising with Visual Data," Don Strickland and Sarah Pate, Oct. 2, 2003.

Woerner et al., "eBay for Dummies," Chapter 13, IDG Books Worldwide, Inc., 1999.

Press Release, "Admission Corp. Granted Web-Based Media Submission Patent," Admission Corporation, Jun. 2, 2005.

Press Release, "AdMission Directories Wins Gold at Yellow Pages Association Annual Industry Excellence Awards; Enhanced, Interactive Ads for IYP Recognized as Marketing Innovation," Business Wire, Mar. 14, 2005.

Overview of Enterprise Solutions, Executive Summary, PictureWorks, Aug. 18, 1998.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, vol. 1, Civil Action No. 7 14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, vol. 2, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, vol. 3, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, vol. 4, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, Exhibit C, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, Exhibit D, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, Exhibit E, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, Exhibit F, Civil Action

# US 9,386,094 B2

Page 10

(56)        **References Cited**

OTHER PUBLICATIONS

No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, Exhibit G, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, Exhibit H, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, Exhibit I, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, Exhibit J, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, Exhibit K, Civil Action No. 7 14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, Exhibit L, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, Exhibit M, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, Exhibit N, Civil Action No. 7.14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, Exhibit O, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, Exhibit P, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, Exhibit Q, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, Exhibit R, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, Exhibit S, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat.

No. 7,765,482 and U.S. Pat. No. 8,612,515, Exhibit T, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, Exhibit U, Civil Action No. 7 14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of James A. Storer, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Pat. No. 7,765,482 and U.S. Pat. No. 8,612,515, Exhibit V, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Invalidity of Representative Claims 38 and 13 of U.S. Pat. No. 7,765,482 Based on Axis Products, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Oct. 31, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Invalidity of Representative Claims 1 and 20 of U.S. Pat. No. 8,612,515 Based on Axis Products, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Oct. 31, 2014.

Axis 200+ Quick Installation Guide, Revision 0.9, Feb. 1998.

Axis 200 User's Manual, Revision 1.6, Oct. 1998.

Axis 240 Camera Server, 1998.

Axis 200+ and Axis 240 User's Guide, Revision 1.0, Jan. 1999.

AXIS 240 Quick Installation Guide, Revision 1.0, Feb. 1998.

AXIS 240 User's Manual, Revision 1.4, Nov. 1998.

Axis Communications, Remote Monitoring over Phone Lines for Alarm Verification, 1998.

AXIS 200+, Software Version 1.30, Feb. 4, 1998.

AXIS 240, Software Version 1.00, Feb. 26, 1998.

AXIS 240, Software Version 1.01, Mar. 19, 1998.

AXIS 240, Software Version 1.02, May 11, 1998.

Axis Communications, Camera Servers Bring Video Systems to the Internet, 1998.

Axis Communications, Financial Institutions, 1998.

Axis Communications, Weyerhaeuser—Remote Monitoring of Manufacturing Lines, 1998.

Axis Communications, Axis-Equipped Web Camera Sites, 1998.

Axis Communications, Network Camera Servers, 1998.

Axis Communications, The AXIS 200+ Web Camera Has the Jaz, 1998.

Martin Gren, The History of Axis, Oct. 17, 2011.

AXIS 200, Software Version 1.30, Feb. 4, 1998.

AXIS NetEye 200 datasheet.D.

Mona R. Litt, ParentNet Preserves Parents' Peace of Mind, Jul. 15, 1997.

CCTV, Mar. 1, 1998.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Claim Construction Brief, Appendix Part 3, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Dec. 30, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Claim Construction Brief, Appendix Part 4, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Dec. 30, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Plaintiff Summit 6, LLC's Responsive Claim Construction Brief, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Jan. 20, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Appendix in Support of Plaintiff Summit 6, LLC's Responsive Claim Construction Brief, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Jan. 20, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Responsive Claim Construction Brief, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Jan. 20, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Corrected Appendix in Support of Plaintiff Summit 6, LLC's Responsive Claim Construc-

**US 9,386,094 B2**

Page 11

(56)  **References Cited**

OTHER PUBLICATIONS

tion Brief, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Jan. 29, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Appendix in Support of Defendants' Reply Claim Construction Brief, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Feb. 3, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Reply Claim Construction Brief, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Feb. 3, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Appendix in Support of Summit 6's Sur-Reply Claim Construction Brief, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Feb. 6, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Summit 6's Sur-Reply Claim Construction Brief, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Feb. 6, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Claim Charts, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Mar. 16, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Mark D. Selwyn in Support of Defendants' Rule 12(C) Motion for Judgment on the Pleadings, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Mar. 16, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Mark D. Selwyn in Support of Defendants' Rule 12(C) Motion for Judgment on the Pleadings, Exhibit A, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Mar. 16, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of David J. Silbert in Support of Defendants' Rule 12(C) Motion for Judgment on the Pleadings, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Mar. 16, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Philip Ou in Support of Defendants' Rule 12(C) Motion for Judgment on the Pleadings, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Mar. 16, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Declaration of Jonathan E. Harris in Support of Defendants' Rule 12(C) Motion for Judgment on the Pleadings, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Mar. 16, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Appendix to Defendants' Rule 12(C) Motion for Judgment on the Pleadings, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Mar. 16, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Summit 6's Response to Defendants' Rule 12(C) Motion for Judgment on the Pleadings and Brief in Support, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Apr. 6, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Order, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 28, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Transcript of Videotaped Deposition of Emery Berger, Ph.D., Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Jan. 16, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Transcript of Videotaped Deposition of Mark T. Jones, Ph.D., Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Jan. 29, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Exhibit 1 of Videotaped Deposition of Emery Berger, Ph.D., Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Jan. 16, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Exhibit 1 of Videotaped Deposition of Mark T. Jones, Ph.D., Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Jan. 29, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Exhibit 3 of Videotaped Deposition of Mark T. Jones, Ph.D., Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Jan. 29, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Exhibit 4 of Videotaped Deposition of Mark T. Jones, Ph.D., Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Jan. 29, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Exhibit 5 of Videotaped Deposition of Mark T. Jones, Ph.D., Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Jan. 29, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Exhibit 6 of Videotaped Deposition of Mark T. Jones, Ph.D., Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Jan. 29, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Exhibit 7 of Videotaped Deposition of Mark T. Jones, Ph.D., Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Jan. 29, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Exhibit 8 of Videotaped Deposition of Mark T. Jones, Ph.D., Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Jan. 29, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Exhibit 9 of Videotaped Deposition of Mark T. Jones, Ph.D., Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Jan. 29, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. Tim A. Williams, Ph.D. On the Invalidity of U.S. Pat. No. 7,765,482, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Civil Action No. 7:14-cv00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit Al, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit A3, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit A5, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit A6, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit A7, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit A9, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit A10, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit All, Civil Action No. 7:14-cv-00014-

# US 9,386,094 B2
Page 12

(56)           **References Cited**

OTHER PUBLICATIONS

O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit B3, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit B4, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit B5, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit B6, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit B7, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit B8, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit B9, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit B10, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit B11, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit B13, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit B14, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit B15, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit B16, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit B17, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit B19, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit B21, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit B22, Civil Action No. 7:14-cv-

00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit B23, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit B24, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit B25, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit C3, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit C4, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit C5, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit C6, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit C7, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit C8, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit C9, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit C10, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit C11, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit C13, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit C14, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit C15, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit C16, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit C17, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit C19, Civil Action No. 7:14-cv-

## US 9,386,094 B2

Page 13

(56)                **References Cited**

OTHER PUBLICATIONS

00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit C20, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit C21, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Exhibit C22, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Aug. 11, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Sep. 3, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Preliminary Invalidity Contentions, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Sep. 6, 2014.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' First Amended Preliminary Invalidity Contentions, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Jan. 12, 2015

*Summit 6, LLC* v. *HTC Corporation et al.*, Exhibit B28 of Defendants' First Amended Preliminary Invalidity Contentions, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Jan. 12, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Exhibit C26 of Defendants' First Amended Preliminary Invalidity Contentions, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Jan. 12, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. Owen Astrachan Regarding the Invalidity of U.S. Pat. No. 7,765,482, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. Owen Astrachan Regarding the Invalidity of U.S. Pat. No. 7,765,482, Exhibit C, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. Owen Astrachan Regarding the Invalidity of U.S. Pat. No. 7,765,482, Exhibit D, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. Owen Astrachan Regarding the Invalidity of U.S. Pat. No. 7,765,482, Exhibit E, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. Owen Astrachan Regarding the Invalidity of U.S. Pat. No. 7,765,482, Exhibit F, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. Owen Astrachan Regarding the Invalidity of U.S. Pat. No. 7,765,482, Exhibit G, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. Owen Astrachan Regarding the Invalidity of U.S. Pat. No. 7,765,482, Exhibit H, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. Owen Astrachan Regarding the Invalidity of U.S. Pat. No. 7,765,482, Exhibit I, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. Owen Astrachan Regarding the Invalidity of U.S. Pat. No. 7,765,482, Exhibit J, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. Owen Astrachan Regarding the Invalidity of U.S. Pat. No. 7,765,482, Exhibit K, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. Owen Astrachan Regarding the Invalidity of U.S. Pat. No. 7,765,482, Exhibit L, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. Owen Astrachan Regarding the Invalidity of U.S. Pat. No. 7,765,482, Exhibit M, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-1, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-2, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-3, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-4, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-5, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-6, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-7, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-8, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-9, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-10, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-11, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

## US 9,386,094 B2

Page 14

(56)  **References Cited**

OTHER PUBLICATIONS

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-12, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-13, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-14, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-15, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-16, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-17, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-18, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-19, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-20, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-21, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-22, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-23, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-24, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Expert Report of Dr. V. Michael Bove, Jr., Appendix C-25, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, May 8, 2015.

Institution of Inter Partes Review of U.S. Pat. No. 8,612,515, Case No. IPR2015-00807, Sep. 9, 2015.

Institution of Inter Partes Review of U.S. Pat. No. 7,765,482, Case No. IPR2015-00806, Sep. 9, 2015.

Granting Motion to Stay Ex Parte Reexamination Control No. 90/012,987, Case No. IPR2015-00806, Sep. 9, 2015.

Petition for Inter Partes Review of U.S. Pat. No. 7,765,482, Case No. 1PR2016-00029, Oct. 8, 2015.

Petitioner's Motion for Joinder in Inter Partes Review of U.S. Pat. No. 7,765,482, Case No. IPR2016-00029, Oct. 8, 2015.

*Summit 6, LLC* v. *Samsung Electronics Co., Ltd., and Samsung Tele-communications America, LLC*, Appeal Decision, No. 2013-1648, -1651, U.S. Court of Appeals for the Federal Circuit, Sep. 21, 2015.

Patent Owner's Response for Inter Partes Review of U.S. Pat. No. 7,765,482, Case No. IPR2015-00806, Dec. 9, 2015.

Declaration of Paul Clark, Case No. IPR2015-00806 and IPR2015-00807, Nov. 18, 2015.

Declaration of Dr. Martin Kaliski, Case No. IPR2015-00806 and IPR2015-00807, Dec. 9, 2015.

Declaration of Sarah Pate, Case No. IPR2015-00806 and IPR2015-00807, Dec. 9, 2015.

Patent Owner's Response for Inter Partes Review of U.S. Pat. No. 8,612,515, Case No. IPR2015-00807, Dec. 9, 2015.

Novell, GroupWise, Version 4.1, 1994.

RealAudio and RealVideo Content Creation Guide, Version 5.0, RealNetworks, Inc.

RealPublisher, Getting Started with RealPublisher, Version 5.1, RealNetworks, Inc., 1998.

Point2 Internet Systems, Inc., Point2 Equipment Exchange, Making the World a Smaller Place.

Petition for Inter Partes Review of U.S. Pat. No. 7,765,482, Case No. IPR2015-00806, Feb. 25, 2015.

Declaration of Petitioner's Expert Paul Clark, Case No. IPR2015-00806, Feb. 25, 2015.

Petition for Inter Partes Review of U.S. Pat. No. 8,612,515, Case No. IPR2015-00807, Feb. 25, 2015.

Declaration of Petitioner's Expert Paul Clark, Case No. IPR2015-00807, Feb. 25, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Defendants' Rule 12(c) Motion for Judgment on the Pleadings and Brief in Support, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Mar. 16, 2015.

*Summit 6, LLC* v. *HTC Corporation et al.*, Claim Construction Order, Civil Action No. 7:14-cv-00014-O, United States District Court for the Northern District of Texas Wichita Falls Division, Mar. 21, 2015.

Office Action in U.S. Appl. No. 12/831,503, Feb. 29, 2016.

Corrected Petitioner's Reply to Patent Owner's Response in Inter Partes Review of U.S. Pat. No. 7,765,482, Case No. IPR2015-00806, Mar. 10, 2016.

Corrected Petitioner's Reply to Patent Owner's Response in Inter Partes Review of U.S. Pat. No. 8,612,515, Case No. IPR2015-00807, Mar. 10, 2016.

Petitioner's Reply to Patent Owner's Response in Inter Partes Review of U.S. Pat. No. 7,765,482, Case No. IPR2015-00806, Mar. 9, 2016.

Petitioner's Reply to Patent Owner's Response in Inter Partes Review of U.S. Pat. No. 8,612,515, Case No. IPR2015-00807, Mar. 9, 2016.

Declaration of Gary Frazier, Case Nos. IPR2015-00806 and IPR2015-00807, Feb. 19, 2016.

Transcript of Deposition of Scott Lewis, Case Nos. IPR2015-00806 and IPR2015-00807, Feb. 19, 2016.

Declaration of Scott Lewis, Case Nos. IPR2015-00806 and IPR2015-00807, Dec. 9, 2015.

Transcript of Deposition of Gary Frazier, Case Nos. IPR2015-00806 and IPR2015-00807, Mar. 29, 2016.

Transcript of Deposition of Sarah Pate, Case Nos. IPR2015-00806 and IPR2015-00807, Feb. 18, 2016.

Corrected Petitioner's Reply to Patent Owner's Response in Inter Partes Review of U.S. Pat. No. 7,765,482, Case No. IPR2015-00806, Apr. 1, 2016.

Corrected Petitioner's Reply to Patent Owner's Response in Inter Partes Review of U.S. Pat. No. 8,612,515, Case No. IPR2015-00807, Apr. 1, 2016.

Declaration of Gary Frazier, Case Nos. IPR2015-00806 and IPR2015-00807, Mar. 9, 2016.

Decision, Institution of Inter Partes Review, Motion for Joinder, Case No. 1PR2016-00029, Apr. 4, 2016.

\* cited by examiner



*FIG. 1*



*FIG. 2*

PWImageControl Interface:

| Interface Name | Type | Definition | Signature |
|---|---|---|---|
| ScaleImage | function | Scales an image in place or to a temporary file | ScaleImage(<br>    destinationType as String,<br>    changeDimensions as Integer,<br>    destWidth As Integer,<br>    destHeight As Integer,<br>    destQuality As Integer, '0–100<br>    generateOutputFilename As Boolean  ' create tempfile<br>) As String |
| DelTempFile | sub | Deletes temporary file created with ScaleImage | DelTempfile() |
| fileName | String property | Name of file shown in image well | fileName as String |
| imageName | String property | String value from image caption box | imageName as String |
| ClearImage | sub | Clears the image from the display and redisplays the logo and instructional text | ClearImage() |
| backgroundColor | String property | Hexidecimal RGB string value in format "FFFFFF" or "#FFFFFF" | backgroundColor as String |
| textColor | String property | Hexidecimal RGB string value in format "FFFFFF" or "#FFFFFF" | textColor as String |

FIG. 3

PMMediaSendControl Interface:

| Interface Name | Type | Definition | Signature |
|---|---|---|---|
| SubmitMediaRequest | function | Transfers image and returns a status code. The action is successful if the return code is 0. If non-zero return code examine ServerRetString for a reason. | SubmitMediaRequest( UserID As String, 'partner UID Password As String, 'partner password ServiceType As String, "HOST" or "MIRROR" IndustryCode As Integer, 'e.g., 65=real estate MediaType As Integer, '1=image 2=video 3=sound OpCode As Integer, '1=Add, 2=Update, 3=Delete IPAddr As String, 'Destination IP address filename As String, 'File to send MediaGroupID As String, 'Used to build unique key MediaExtendedID As String, ' "" MediaSequenceNum As Integer, ' Desc1 As String, '255 chars Desc2 As String, '255 chars Desc3 As String preScaled as Integer) as Integer '255 chars |
| ServerRetString | String property | Return value from SubmitMediaRequest. If call made on HOST service, this string contains the IMG SRC url | ServerRetString as String |

FIG. 4A

```
Usage Example (VB Script)
tempFileName=DragImage1.ScaleImage(320, 240, 89, 1) 'scale the image object 'DragImage1'
result=UplHandler.SubmitMediaRequest(                'transmit to mad central
      UserID,
      Password,
      ServiceType,
      0,
      1,
      1,
      ipAddress,
      tempFileName,
      tempFileName,
      misNum.Value,
      zipcode,
      imageCount,
      title,
      desc2,
      desc3,
      1)
DragImage3.DelTempFile           'delete the temp file
```

## FIG. 4B

## FIG. 4

| FIG. 4A |
|---------|
| FIG. 4B |

US 9,386,094 B2

**1**

## SYSTEM, METHOD AND APPARATUS FOR MEDIA SUBMISSION

This application is a continuation of non-provisional application Ser. No. 13/098,090, filed Apr. 29, 2011, which is a continuation of non-provisional application Ser. No. 12/831, 503, filed Jul. 7, 2010, which is a continuation of non-provisional application Ser. No. 10/961,720, filed Oct. 8, 2004 (now U.S. Pat. No. 7,765,482), which is a continuation of non-provisional application Ser. No. 09/357,836, filed Jul. 21, 1999 (now U.S. Pat. No. 6,895,557). Each of the applications identified above is incorporated by reference herein, in its entirety, for all purposes.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to the handling, manipulation and processing of digital content and more particularly to the transportation and Internet publishing of digital content, particularly image media objects and rich media.

2. State of the Art

Much of the phenomenal success of the web is attributable to its graphical nature. Literally, a picture is worth a thousand words. The capture of digital images has become routine, using digital cameras and scanners. Nevertheless, although the handling of images by website creators has achieved a high degree of automation, for the average technology user (the "imaging civilian"), manipulating and sharing digital images over the Internet remains a cumbersome and daunting process. Piecemeal solutions that have been devised for handling digital images require a level of sophistication that is beyond that of the ordinary user. For example, transferring a digital image may require first downloading a FTP program, then installing it, then running it and connecting to an FTP server by typing the server name in the connection dialog, then navigating to the proper subdirectory, selecting the files to be uploaded, making sure that the program is in binary transfer mode, then sending the files. For the imaging civilian, such an involved process can be daunting to say the least.

Additionally, as technologies advance and casual users begin to experiment with other media objects, such as streaming video, 3D images, slide shows, graphics, movies, and even sound files that accompany imaging data, the processes required to share these rich media types on the Internet becomes exponentially more complicated and prohibitive. As the realization of the Internet as an interactive, content rich medium becomes more and more a reality, the need for enabling the use and distribution of rich content and media on the Internet will become the gating factor to its long term success.

A broad-based solution to the foregoing problem requires a web-based media submission tool that allows for submission of media objects in a convenient, intuitive manner. A company named Caught in the Web, has attempted to create a broad-based media submission tool known as "ActiveUpload". ActiveUpload allows an arbitrary file to be dragged and dropped onto a web page control for upload to the web server. An ActiveUpload control allows users to, without leaving a web page, transfer files to a server (Internet or intranet) by selecting the files on the user's desktop that the user wants to transfer, then dragging them onto the web page. For example, a user, having visited a web page, can contribute pictures, documents, zip files, etc., without having to leave the web page and run an FTP program. Standard web authoring tools can be used to integrate ActiveUpload into web pages and change the behavior of the control.

**2**

Although Caught in the Web's ActiveUpload tool simplifies the user experience, it does little toward furthering "back-end" automation in the handling and distribution of media objects and has no built in "intelligence" to streamline the process of handling and transporting rich media objects from the front end.

### BRIEF DESCRIPTION OF THE DRAWINGS

The present invention may be further understood from the following description in conjunction with the appended drawing. In the drawing:

FIG. **1** is a diagram of an exemplary web page providing media object acquisition functions;

FIG. **2** is a diagram of another exemplary web page providing image acquisition functions;

FIG. **3** is a table pertaining to a first portion of the Prepare and Post component design; and

FIGS. **4**A and **4**B illustrate a table pertaining to a second portion of the Prepare and Post component design.

### DETAILED DESCRIPTION

The present invention, generally speaking, provides an improved web-based media submission tool. As with some existing tools, operation of the tool is drag and drop or the user can "click" to browse a directory to select media objects. Unlike existing tools, the tool provides several unique and valuable functions. For example, the tool provides the user an opportunity to confirm the submission with a visual representation, for example by generating a thumbnail image of the rich media file that has been selected. Additionally, batch submission is provided to allow a user to drag and drop or select a plurality of images or other media objects. Submission from a web page to a web page is also provided for. Even more importantly, the submission tool is configurable to perform a variable amount of intelligent preprocessing on media objects prior to upload. In the case of digital images, the tool can perform sizing and formatting, for example. Information capture is performed with information being uploaded together with the media objects. In an exemplary embodiment, information capture is both user-transparent (e.g., user ID and/or password) and user-visible (e.g., the user can provide captions for media objects). The submission of information about the user and the media objects facilitates automatic integration of the media objects within existing databases.

The following describes the Prepare and Post™ tools, which prepares and submits media objects from inside a standard browser, referred to as the first location, to a second location or server. The media objects may be pictures (images), movies, videos, graphics, sound clips, etc. Although in the following description the submission of images is described in greatest detail, the same principles apply equally to media objects of all descriptions.

The Prepare and Post tools refers to browser-side components which together provide the ability to submit and transport media objects over the web to be stored and served. Using the Prepare and Post tools, end users can submit images in an immediate, intuitive manner. No technical sophistication is required. In particular, understanding technical terms such as JPEG, resolution, pixel, kilobyte, transfer protocol, IP address, FTP etc., is not required, since the Prepare and Post tools handles all of these tasks for the user.

The benefits of the Prepare and Post tool are:

a) to the image submitter, the ability to submit media objects to web pages immediately without needing to overcome technical obstacles;

US 9,386,094 B2

**3**

b) to the image submitter, the ability to submit media objects to web pages "as is" without making modifications to the media objects prior to sending.

c) to PictureWorks web site partner, access to a uniform, standardized, reliable and secure channel for media acquisition;

d) to PictureWorks web site partner, access to contributed media "made to order", it meets their imaging specifications every time without human intervention;

e) to PictureWorks web site partner, the ability to provide web site visitors with an easy, error free way to contribute media;

f) to PictureWorks web site partner, access to contributed media in "real time" with no time delays.

The two primary components used in the Prepare and Post tools which carry out these functions are 1) the media object identifier and 2) the media sender.

In general, the media object identifier functions to provide a graphical interface for placing and associating a media object from a user's desktop onto a web page. The media sender carriers out the function of transmitting media objects to a second location.

There are two ways media objects on the first location become associated with a media object identifier. The first is through a "drag and drop" behavior where the user clicks on a media object to select the one they want to submit. The media object is then dragged to the media object identifier. Releasing the mouse button associates the media object with the media object identifier. This behavior is allowed in web browsers that support drag and drop functionality. The Prepare and Post tools enable these browsers to accept media objects via drag and drop by providing the media object identifier as an ActiveX component.

The second way to associate a media object on the first location with the media object identifier is to click on the media object identifier to browse for media objects, then select the media object of choice. This method is made available for web browsers where the media object identifier needs to be a pure Java component. (Such "signed applet browsers" like Netscape Navigator) In this instance, the user may be asked to choose a media object in a similar manner as when choosing a file to be opened, either by graphical navigation or by specifying a path name. For example, a prompt associated with the media object identifier may be displayed prompting the user to click within the media object identifier. Clicking within the media object identifier brings up a browse dialog. Using the browse dialog, the user selects the desired media object, which is then placed in the media object identifier. The Prepare and Post tools will generate a visual representation or thumbnail of the media object, a feature currently not available in signed applet browsers.

Real estate is an example of a prime application of the Prepare and Post tools. "Curb appeal" is of great importance in the realty industry and can only be judged by "drive-bys," which are time-consuming and laborious, or by the availability of images. The Prepare and Post tools make real estate images readily available with a minimal amount of effort.

Referring to FIG. **1**, an example is shown of a realty web page featuring the described Prepare and Post tools functionality. The user associates images with a media object identifier via the methods described above and selects appropriate captions for the images, e.g., living room, family room, etc. The captions may be typed in or selected from menus. The user also supplies identifying information, in this instance the MLS listing number. When the user clicks the Send button, the images are uploaded and processed immediately according to the configuration of the Prepare and Post tools.

**4**

The Prepare and Post tools also support a batch interface, allowing a plurality of images to be submitted simultaneously as in the case of a professional photographer, for example. The opportunity for user confirmation is again provided, e.g., by displaying a visual representation of the images in the batch.

If a mistake is made such that the wrong image is placed in a media object identifier, the correct image may be placed in the media object identifier. The correct image will replace the mistaken image. Alternatively, the user may remove an image from a media object identifier by right-clicking on the media object identifier and selecting Remove within a resulting pop-up menu.

Note that any number of media object identifiers may be provided on a web page and that the media object identifiers may be separate or grouped. This is evident in FIG. **2**. The number of media object identifiers provided on a page can be pre-configured and fixed, allowing no user intervention, or the media object identifiers can be generated dynamically, allowing the user to determine how many media object identifiers they need for media submission. FIG. **2** shows a web page with various sizes of media object identifiers. If a media object identifier is separate, its image will be transmitted separately to the second location. If an media object identifier is part of a group, its image will be transmitted to the second location as part of a group of images that are stored together and cataloged together. Media object identifiers that are associated together as a group are noted as such in the web page interface and transparently in the media object identifier object code. Moreover, a web page may have multiple groups of media object identifiers, or "groups of groups."

The usefulness of images is greatly enhanced by capturing and identifying information about the images and submitting the identifying information with the images. Information may be image-specific, user-specific or both. The submission of information about the user and the media objects facilitates automatic integration of the media objects within existing databases. Information capture may be overt or covert or both. This unique automatic database integration enables the images to be served with the proper web page data. Overt information capture relies upon the user to make menu selections of appropriate captions as illustrated in FIG. **1**, or to make text entries within text fields, or both. The Prepare and Post tools are easily customized to accept menu selections and text fields for different applications. Covert information capture occurs by having the web browser automatically pass to the Prepare and Post tools known information such as a user ID or, password used to access the web page.

A key differentiator of the Prepare and Post tools is the browser, or client-side intelligence built into the tools. This intelligence directly provides features including those already outlined such as associating data with media objects, generating a visual representation of the media objects and generating media object identifiers dynamically or in a pre-set manner. Other features are also provided via this intelligence, specifically, the ability to control the width and height of the media object identifier and the ability to preprocess the media objects in any number of ways prior to transporting to a second location. In the case of an image media object for example, the Prepare and Post tools may resize the image, (i.e., increase or decrease its size as defined by either physical dimensions, pixel count, or kilobytes). Compression, for example, is a type of sizing. The Prepare and Post tools may also change the image's file format (a way of a media object being identified as to a "type" or "kind" of media), change the quality setting of the image, crop the image or change the aspect ratio, add text or annotations, encode or combine (in-

US 9,386,094 B2

5

cluding stitching) the media object, or enhance the media object by changing image values, for example, relating to contrast or saturation. This intelligence may be executed in a manner that is transparent to the end user. This transparency allows the end user to submit media to the Prepare and Post tools "as is," since the tools will automatically prepare it to meet the requirements of the second location. Note that, although image submission may involve client-side processing, image processing is not required.

The Prepare and Post tools are available for customers to integrate into their own web pages. The Prepare and Post tools are easily integrated into web sites (customers) to allows those sites to accept media objects from web site visitors (users). Appendix A is a generic HTML HostTemplate illustrating how Prepare and Post components are integrated into a web page. The HTML template file (which is a complete working example) contains instructions and a few small code snippets that the customer pastes into the web page. Integrating the Prepare and Post components requires an Initialization Section, a Configuration Section, an ImageWell (media object identifier) Section, a Submission Section and an ImageUpLoad Control Section. To include the Prepare and Post tools media object identifiers on a web page, the customer cuts and pastes code snippets for these sections from the template into the web page.

The Initialization Section consists of a few lines of JavaScript code that will download all of the needed Prepare and Post submission components.

The Configuration Section overrides various configurable default settings that the customer can control. In the Configuration Section, the media object identifier component is sized and configured to perform any preprocessing of the image that may be desired prior to upload. Configurable parameters include both fixed values for all submissions (per submission values) and fixed values for all images within a submission (per image values), as will be explained presently.

Fixed values for all submissions include DefaultImageWidth and DefaultImageHeight, as well as include DefaultControlWidth and DefaultControlHeight. The former specify the default width and height of the images after they have been compressed for transmission. The latter specify the default width and height of all media object identifiers. To create media object identifiers having different sizes, the customer specifies the desired size when creating the media object identifier. Another fixed value for all submissions is Quality. This determines the quality level of the images after they have been compressed for transmission (0 is the lowest quality/highest compression and 100 is the highest quality/lowest compression).

Fixed values for all media objects within a submission include Key1 and Key2. Key1 is the primary value that determines the filename of the resulting image file and, consequently, its URL. It is important that each submitted image have a unique name to prevent one image from overwriting another. Key2 is an optional secondary key that is appended to Key1 before the image's filename and URL are created. While default values for Key1 and Key2 can be specified in the configuration section, more likely this value will be sup-

6

plied from a field in the web form. If the web page form contains a control named "Key1," then its value will be used for this key. For example, the field Key1 might be labeled as "MLS Number" on the web page. Similarly, the field Key2 might be labeled "Zip Code" on the web page. A sequence number is appended to the Key1/Key2 combination. When there are multiple media object identifiers on a page, this will ensure that each image has a unique key.

All media object identifiers on a web page must be contained within an HTML form. A single line of JavaScript code is inserted into the web page (within the HTML form) in each place where a media object identifier is desired. The Media object identifier Section can specify the width and height for each media object identifier. If the width and height are omitted, then the default width and height from the Configuration Section are used.

The Submission Code Section contains HTML code that creates the button that submits both the images to the second locations and the form to the customer's server. Within the Submission Code Section, an HTML "href" parameter is required for the Send Button that causes the images to be sent. After the images have been sent, the web page form will be submitted in the standard manner. The form must define two hidden fields named "url" and imagecount. The imagecount field will contain the number of images actually transmitted. In an exemplary embodiment, the URL for images 2 through "n" are generated by replacing the initial sequence number at the end of the returned URL with the desired image number.

The ImageUpload Control Section holds a small piece of JavaScript code that is placed at the very end of the body section of the web page. This code creates the non-visible Image Upload control, or media sender, that performs the transfer of images from the user's machine to the second location.

The Prepare and Post components support multiple browsers and dynamically adjust their behavior according to the type of browser that is currently running. For example, under supported versions of Microsoft's browsers, media object identifiers are implemented as ActiveX controls, while under supported Netscape browsers, media object identifiers are implemented as Java Applets. This multiple browser support is completely automatic.

FIGS. **3** and **4A-4**B present further details of the media object identifier and media sender components, respectively.

From the foregoing description, it will be appreciated that the present media submission tool, besides offering convenience to the end user, offers convenience and flexibility to technology partners. In particular, web page integration is designed to facilitate automatic server-side integration of media content.

It will be apparent to those of ordinary skill in the art that the present invention can be embodied in other specific forms without departing from the spirit or essential character thereof. The presently disclosed embodiments are therefore considered in all respects to be illustrative and not restrictive. The scope of the invention is indicated by the appended claims rather than the foregoing description, and all changes which come within the meaning and range of equivalents thereof are intended to be embraced therein.

APPENDIX A

HostTemplate generic.htm

```
<HTML>
<HEAD>
<!--************************************************** Begin Initialization Section -->
<!--***** This section of code must appear at          -->
```

US 9,386,094 B2

| 7 | 8 |
|---|---|

APPENDIX A-continued

HostTemplate generic.htm

```
<!--***** the beging of the <HEAD> section of      -->
<!--***** your web page. Copy this code and         -->
<!--***** paste it directly into your web page.-->
<SCRIPT type="text/javascript" src="http://157.22.134.49/company/pwtcomponents.js"></SCRIPT
>
<SCRIPT type="text/javascript" src="http://157.22.134.49/company/company.js"></SCRIPT>
<!--********************************************** End Initialization Section -->
</HEAD>
<BODY>
<!--********************************************** Begin Configuration Section -->
<!--***** This section of code must appear         -->
<!--***** anywhere after the initialization         -->
<!--***** section (above), and before the          -->
<!--***** the <FORM> that contains the image        -->
<!--***** wells.                                     -->
<!--*****                                            -->
<!--***** This section defines data values           -->
<!--***** needed by the image wells. You can         -->
<!--***** modify these values to suit -->
<!--***** your needs.                                -->
<SCRIPT Language="Javascript">
PWT.Key1 = "name-your-image-here";   // If the <FORM> contains fields named 'Key1'
PWT.Key2 = "";                        //   & 'Key2' their values will be used.
PWT.Quality = 93;
PWT.DefaultImageWidth = 640;
PWT.DefaultImageHeight = 480;
PWT.DefaultControlWidth = 326;        // Includes a 3 pixel border
PWT.DefaultControlHeight = 246;         // Include a 3 pixel border
</SCRIPT>
<!--********************************************** End Configuration Section -->
<FORM>
This sample displays a working image well.
<BR>
<!--********************************************** Begin ImageWell Section -->
<!--***** This code creates an image well on         -->
<!--***** the web page. While this template          -->
<!--***** only contains a single image well,          -->
<!--***** you can use as many as you like.             -->
<!--***** Copy this code into your web page            -->
<!--***** anywhere within your <FORM> where             -->
<!--***** you want an image well to appear.             -->
<SCRIPT Language="Javascript">
PWT.addimagecontrol( );       // or "PWT.addimagecontrol(640,480);" to override
                              // the default width and height.
</SCRIPT>
<!--********************************************** End ImageWell Section -->
<BR>
This text is after the image well.
<P>
<!--********************************************** Begin Submission Code Section -->
<!--***** You can use any type of button you          -->
<!--***** wish, but rather than it being a             -->
<!--***** standard SUBMIT button, it must              -->
<!--***** instead contain the parameter:               -->
<!--*****                                              -->
<!--*****          onclick="PWT.Submit( )"             -->
<!--*****                                              -->
<!--***** (as shown in the example below).              -->
<!--***** After the images have been sent,              -->
<!--***** your web page FORM will be submitted          -->
<!--***** in the standard manner.                       -->
<!--*****                                               -->
<!--***** Your FORM must define two hidden              -->
<!--***** fields named "url" & "imagecount"             -->
<!--***** (see examples below). The "url"               -->
<!--***** field will be populated with the              -->
<!--***** resulting URL of the first (or only)          -->
<!--***** image submitted, and the "imagecount"-->
<!--***** field will contain the number of             -->
<!--***** images actually transmitted. The URL         -->
<!--***** for images 2 thru n can be generated          -->
<!--***** by replacing the initial sequence
<!--***** number (which will always be "1")            -->
<!--***** at the end of the returned URL with           -->
->
<!--***** the desired image number.                    -->
<INPUT type="hidden" name="url">
<INPUT type="hidden" name="imagecount">
```

US 9,386,094 B2

**9**

**10**

APPENDIX A-continued

| HostTemplate generic.htm |
| --- |

```
<INPUT type="button" value="Submit Images" onclick="PWT.Submit( )">
</FORM>
<!--*************************************** End Submission Code Section -->
<!--*************************************** Begin ImageUpload Control Section -->
<!--***** This section of code must appear at       -->
<!--***** the end of the <BODY> section of          -->
<!--***** your web page. Copy this code and         -->
<!--***** paste it directly into your web page. -->
<SCRIPT Language="Javascript">
PWT.adduploadcontrol( );
</SCRIPT>
<--*************************************** End ImageUpload Control Section -->
</BODY>
</HTML>
```

What is claimed is:

**1**. A non-transitory computer-readable medium having an image submission tool stored thereon for use on a user device, the image submission tool including:

an image identifier section that when first executed, causes the image submission tool to generate a first visual representation of a first image, the first visual representation enabling a user to determine whether the first image should be replaced with a first replacement image, to enable a user to enter first text information as a first caption for the first image or the first replacement image, and to pre-process the first image or the first replacement image to produce a first pre-processed image, and when second executed, causes the image submission tool to generate a second visual representation of a second image, the second visual representation enabling a user to determine whether the second image should be replaced with a second replacement image, to enable a user to enter second text information as a second caption for the second image or the second replacement image, and to pre-process the second image or the second replacement image to produce a second pre-processed image, wherein the pre-processing by the image submission tool is controlled by one or more pre-processing parameters received from a device separate from the user device in a conversion of the first image or the first replacement image and in a conversion of the second image or the second replacement image as specified for use by a receiving party;

a submission section that when first executed, causes the image submission tool to enable a user to submit the first pre-processed image, and when second executed, causes the image submission tool to enable a user to submit the second pre-processed image; and

an image upload control section that when first executed, causes the image submission tool to transmit the first pre-processed image, and when second executed, causes the image submission tool to transmit the second pre-processed image, wherein the first pre-processed image and the second pre-processed image are grouped together in a presentation.

**2**. The non-transitory computer-readable medium of claim **1**, wherein the image identifier section when first executed causes the image submission tool to generate the first visual representation from a first image file.

**3**. The non-transitory computer-readable medium of claim **1**, wherein the first pre-processed image has a compression level as specified by the one or more pre-processing parameters.

**4**. The non-transitory computer-readable medium of claim **1**, wherein the first pre-processed image is cropped in a manner specified by the one or more pre-processing parameters.

**5**. The non-transitory computer-readable medium of claim **1**, wherein the first pre-processed image has a quality as specified by the one or more pre-processing parameters.

**6**. The non-transitory computer-readable medium of claim **1**, wherein the first pre-processed image has a file format as specified by the one or more pre-processing parameters.

**7**. The non-transitory computer-readable medium of claim **1**, wherein the first pre-processed image has an encoding as specified by the one or more pre-processing parameters.

**8**. The non-transitory computer-readable medium of claim **1**, wherein the image submission tool combines the first pre-processed image and the second pre-processed image into an animated presentation.

**9**. The non-transitory computer-readable medium of claim **1**, wherein the image upload control section when first executed causes the image submission tool to transmit the first text information.

**10**. The non-transitory computer-readable medium of claim **1**, wherein the image upload control section when first executed causes the image submission tool to transmit location information associated with the first pre-processed image.

**11**. A computer implemented method performed by an image submission tool on a user device, comprising:

causing the image submission tool to generate a first visual representation of a first image, the first visual representation enabling a user to determine whether the first image should be replaced with a first replacement image, to enable a user to enter first text information as a first caption for the first image or the first replacement image, and to pre-process the first image or the first replacement image to produce a first pre-processed image;

causing the image submission to generate a second visual representation of a second image, the second visual representation enabling a user to determine whether the second image should be replaced with a second replacement image, to enable a user to enter second text information as a second caption for the second image or the second replacement image, and to pre-process the second image or the second replacement image to produce a second pre-processed image, wherein the pre-processing by the image submission tool is controlled by one or more pre-processing parameters received from a device separate from the user device in a conversion of the first image or the first replacement image and in a conversion of the second image or the second replacement image as specified for use by a receiving party;

US 9,386,094 B2

**11**

causing the image submission tool to enable a user to submit the first pre-processed image;

causing the image submission tool to enable a user to submit the second pre-processed image;

causing the image submission tool to transmit the first pre-processed image; and

causing the image submission tool to transmit the second pre-processed image, wherein the first pre-processed image and the second pre-processed image are grouped together in a presentation.

**12**. The method of claim **11**, wherein the first visual representation is generated from a first image file.

**13**. The method of claim **11**, wherein the first pre-processed image has a compression level as specified by the one or more pre-processing parameters.

**14**. The method of claim **11**, wherein the first pre-processed image is cropped in a manner specified by the one or more pre-processing parameters.

**15**. The method of claim **11**, wherein the first pre-processed image has a quality as specified by the one or more pre-processing parameters.

**16**. The method of claim **11**, wherein the first pre-processed image has a file format as specified by the one or more pre-processing parameters.

**17**. The method of claim **11**, wherein the first pre-processed image has an encoding as specified by the one or more pre-processing parameters.

**18**. The method of claim **11**, further comprising causing the image submission tool to combine the first pre-processed image and the second preprocessed image into an animated presentation.

**19**. The method of claim **11**, further comprising causing the image submission tool to transmit the first text information.

**20**. The method of claim **11**, further comprising causing the image submission tool to transmit location information associated with the first pre-processed image.

**21**. A system, comprising:

one or more receivers that receive, from a first user device, user credentials, a first pre-processed image file and a second pre-processed image file, the first pre-processed image file produced through first pre-processing by the first user device of a first image, the second pre-processed image file produced through second pre-processing by the first user device of a second image, the first and second pre-processing controlled by one or more pre-processing parameters received by the first user device from a device separate from the first user device, the one or more pre-processing parameters used to control the first user device in a conversion of the first image and in a conversion of the second image as specified for use by a receiving party; and

one or more transmitters that transmit, to a second user device, the first pre-processed image file and the second pre-processed image file for grouping together as part of a presentation associated with a user identified by the user credentials.

**22**. The system of claim **21**, wherein the user credentials include a user identifier and a password.

**23**. The system of claim **21**, wherein the first pre-processed image file is a compressed version of the first image.

**24**. The system of claim **21**, wherein the first pre-processed image file is a cropped version of the first image.

**25**. The system of claim **21**, wherein the first pre-processed image file has a different quality as compared to the first image.

**26**. The system of claim **21**, wherein the first pre-processed image file has a file format specified by at least one of the pre-processing parameters.

**27**. The system of claim **21**, wherein the first pre-processed image file is an encoded version of the first image.

**28**. The system of claim **21**, wherein the presentation includes first text information entered by the first user device as a first caption for the first pre-processed image file, and second text information entered by the first user device as a second caption for the second pre-processed image file.

**29**. The system of claim **21**, wherein the presentation includes first location information associated with the first pre-processed image file and second location information associated with the second pre-processed image file.

**30**. A non-transitory computer-readable medium having an image submission tool stored thereon for use on a user device, the image submission tool including:

an image identifier section that when executed, causes the image submission tool to:

generate a visual representation of one or more images, the visual representation enabling a user to determine whether the one or more images should be replaced with one or more replacement images;

enable a user to enter text information as one or more captions for the one or more images or the one or more replacement images; and

pre-process the one or more images or the one or more replacement images to produce one or more pre-processed images, the pre-processing by the image submission tool controlled by one or more pre-processing parameters received from a device separate from the user device in a conversion of the one or more images or the one or more replacement images as specified for use by a receiving party;

a submission section that when executed, causes the image submission tool to enable a user to submit the one or more pre-processed images; and

an image upload control section that when executed, causes the image submission tool to transmit the one or more pre-processed images.

**31**. The non-transitory computer-readable medium of claim **30**, wherein the image identifier section when executed causes the image submission tool to generate the visual representation from an image file.

**32**. The non-transitory computer-readable medium of claim **30**, wherein the submission section when executed causes the image submission tool to enable a display of a button in a user interface that is selectable by a user to signal a confirmation.

**33**. The non-transitory computer-readable medium of claim **30**, wherein the one or more pre-processed images have a compression level as specified by the one or more pre-processing parameters.

**34**. The non-transitory computer-readable medium of claim **30**, wherein the one or more pre-processed images are cropped in a manner specified by the one or more pre-processing parameters.

**35**. The non-transitory computer-readable medium of claim **30**, wherein the one or more pre-processed images have a quality as specified by the one or more pre-processing parameters.

**36**. The non-transitory computer-readable medium of claim **30**, wherein the one or more pre-processed images have a file format as specified by the one or more pre-processing parameters.

US 9,386,094 B2

13

**37**. The non-transitory computer-readable medium of claim **30**, wherein the one or more pre-processed images have an encoding as specified by the one or more pre-processing parameters.

**38**. The non-transitory computer-readable medium of claim **30**, wherein the image upload control section when executed causes the image submission tool to transmit the text information.

**39**. The non-transitory computer-readable medium of claim **30**, wherein the image upload control section when executed causes the image submission tool to transmit location information associated with the one or more pre-processed images.

**40**. A non-transitory computer-readable medium having a media submission tool stored thereon for use on a user device, the media submission tool including:

a media identifier section that when executed, causes the media submission tool to:
  generate a visual representation of a video, the visual representation enabling a user to determine whether the video should be replaced with a replacement video;
  enable a user to enter text information as a caption for the video or the replacement video; and
  pre-process the video or the replacement video to produce pre-processed video, the pre-processing by the media submission tool controlled by one or more pre-processing parameters received from a device separate from the user device in a conversion of the video or the replacement video as specified for use by a receiving party;

a submission section that when executed, causes the media submission tool to enable a user to submit the pre-processed video; and

a media upload control section that when executed, causes the media submission tool to transmit the pre-processed video.

**41**. The non-transitory computer-readable medium of claim **40**, wherein the media upload control section when executed causes the media submission tool to transmit location information associated with the pre-processed video.

**42**. A computer implemented method performed by an image submission tool on a user device, comprising:

causing the image submission tool to generate a visual representation of one or more images, the visual representation enabling a user to determine whether the one or more images should be replaced with one or more replacement images;

causing the image submission tool to enable a user to enter text information for association with the one or more images or the one or more replacement images;

causing the image submission tool to pre-process the one or more images or the one or more replacement images to produce one or more pre-processed images, the pre-processing by the image submission tool controlled by one or more pre-processing parameters received from a device separate from the user device in a conversion of the one or more images or the one or more replacement images as specified for use by a receiving party;

causing the image submission tool to enable a user to submit the one or more pre-processed images; and

causing the image submission tool to transmit the one or more pre-processed images.

**43**. The method of claim **42**, wherein the image submission tool generates the visual representation from an image file.

**44**. The method of claim **42**, wherein the image submission tool enables a display of a button in a user interface that is selectable by a user to signal a confirmation.

**45**. The method of claim **42**, wherein the one or more pre-processed images have a compression level as specified by the one or more pre-processing parameters.

**46**. The method of claim **42**, wherein the one or more pre-processed images are cropped in a manner specified by the one or more pre-processing parameters.

**47**. The method of claim **42**, wherein the one or more pre-processed images have a quality as specified by the one or more pre-processing parameters.

**48**. The method of claim **42**, wherein the one or more pre-processed images have a file format as specified by the one or more pre-processing parameters.

**49**. The method of claim **42**, wherein the one or more pre-processed images have an encoding as specified by the one or more pre-processing parameters.

**50**. The method of claim **42**, further comprising causing the image submission tool to transmit the text information.

**51**. The method of claim **42**, further comprising causing the image submission tool to transmit location information associated with the one or more pre-processed images.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 9,386,094 B2                                    Page 1 of 1
APPLICATION NO.     : 14/107261
DATED               : July 5, 2016
INVENTOR(S)         : Wood et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

    In The Claims

    Col. 12, line 3, before "pre-processing" insert --one or more--.

Signed and Sealed this
Twenty-fifth Day of October, 2016

Michelle K. Lee

Michelle K. Lee
*Director of the United States Patent and Trademark Office*