## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **LUPERCAL LLC,** | |
| Plaintiff | **Case No. 6:19-cv-00201-ADA** |
| v. | **JURY TRIAL DEMANDED** |
| **CITIBANK, N.A.,** | |
| Defendant | |

### AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Lupercal LLC ("Lupercal" or "Plaintiff") files this Complaint for patent infringement against Defendant Citibank, N.A. ("Citibank" or "Defendant"), and alleges as follows:

### NATURE OF THE ACTION

1.      This is an action for patent infringement arising under 35 U.S.C. § 1 *et seq*.

### PARTIES

2.      Lupercal is a limited liability company organized and existing under the laws of the State of Texas with its principal place of business in Dallas, Texas.

3.      Upon information and belief, Defendant, Citibank, is a New York national chartered bank having a principal place of business in this judicial district at 100 Citibank Dr, San Antonio, Texas 78245.

## JURISDICTION AND VENUE

4.      This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.      Upon information and belief, Defendant is subject to personal jurisdiction of this Court based upon it having regularly conducted business, including the acts complained of herein, within the State of Texas and this judicial district and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this District.

6.      Upon information and belief, Defendant has established a Citibank Operations Center as regularly established place of business in this judicial district at 100 Citibank Dr. San Antonio, Texas 78245.

7.      Upon information and belief, Defendant employee hundreds of employees in this judicial district.

8.      Defendant currently advertises six open positions for employment in San Antonio, Texas.



https://jobs.citi.com/location/san-antonio-texas-united-states-city-jobs/287/6252001-4736286-4674023-4726206/4 (last accessed May 2, 2019).

9.      On information and belief, Defendant operates a call center in San Antonio, Texas.

**Career Opportunity**

`APPLY NOW`

**Fraud Ops Specialist 3 - San Antonio**

- **Primary Location:** United States,Texas,San Antonio
- **Education:** High School Diploma/GED
- **Job Function:** Operations Credit Ops
- **Schedule:** Full-time
- **Shift:** Variable
- **Employee Status:** Regular
- **Travel Time:** No
- **Job ID:** 19021201

**Description**

Fraud Ops Specialist 3

At Citi, we've been tackling the world's toughest challenges and seizing its greatest opportunities for over 200 years. The financial solutions we create for our clients achieve outcomes that truly shape communities, businesses and the larger world of finance.

**Achievements with impact: that's what drives us. How about you?**

We are looking for highly motivated, analytical individuals to fill the role of Operations Fraud Specialist. The Fraud role is a fast-paced and challenging position that relies on the ability to demonstrate good judgment and make informed decisions under pressure, while serving clients with the utmost dedication. Each representative will identify suspicious patterns of credit card spending and take action to reduce fraud exposure in its earliest stages.

**On a day to day basis our Fraud Representatives will be called on to:**

- Serve as the human voice and personality behind the Citi brand providing quality customer service with each and every client interaction
- Will take a variety of calls to include inbound and outbound call center work
- Will be cross trained in multiple functions within the department
- Identify credit card behaviors that pose future risk to the client and Citi
- Develop a trusting relationship with the client, while taking action to reduce fraud exposure in its earliest stages
- Investigate unbilled and posted transactions to resolve identity and transaction fraud
- Achieve monthly individual and team based targeted performance goals
- Commit to treating clients and teammates with the utmost integrity and respect
- Challenge yourself to go one better for clients and raise the bar for excellence in customer service
- HTFCC

https://jobs.citi.com/job/san-antonio/fraud-ops-specialist-3-san-antonio/287/11740590      (last accessed on May 2, 2019).

Career Opportunity

APPLY NOW

**Fraud Ops Specialist 4 - Retail Electronic Fraud Analysis**

- **Primary Location:** United States,Texas,San Antonio
- **Education:** High School Diploma/GED
- **Job Function:** OPERATIONS - SERVICES
- **Schedule:** Full-time
- **Shift:** Evening Job
- **Employee Status:** Regular
- **Travel Time:** No
- **Job ID:** 19018461

Description

**Fraud Representative** - Fraud Ops Specialist 4 - C04

At Citi, we've been tackling the world's toughest challenges and seizing its greatest opportunities for over 200 years. The financial solutions we create for our clients achieve outcomes that truly shape communities, businesses and the larger world of finance.

**Achievements with impact: that's what drives us. How about you?**

We are looking for highly motivated, analytical individuals to fill the role of Operations Fraud Specialist. The Fraud role is a fast-paced and challenging position that relies on the ability to demonstrate good judgment and make informed decisions under pressure, while serving clients with the utmost dedication. Each representative will identify suspicious patterns of credit card spending and take action to reduce fraud exposure in its earliest stages.

**On a day to day basis our Fraud Representatives will be called on to:**

- Serve as the human voice and personality behind the Citi brand providing quality customer service with each and every  client interaction
- Develop a trusting relationship with the client, while taking action to reduce fraud exposure in its earliest stages
- Achieve monthly individual and team based targeted performance  goals
- Commit to treating clients and teammates with the utmost integrity and respect
- Challenge yourself to go one better for clients and raise the bar for excellence in customer service
- Review and research all items referred in high volume heavy production call center environment
- Utilize Citismart and multiple source systems for account maintenance and case research
- Identify unusual transaction behavior patterns on client accounts
- Manage challenging online user interviews
- Inbound/Outbound call handling 25% of daily activitiy
- Maintain positive internal and external client relationships
- Strong independent and team accountability of decisions related to client needs and fraud mitigation efforts
- Contact peer financial institutions to verify information and/or coordinate loss recovery/mitigation.

https://jobs.citi.com/job/san-antonio/fraud-ops-specialist-4-retail-electronic-fraud-analysis/287/11634018 (last accessed May 2, 2019).

Career Opportunity                                                         APPLY NOW

**Client Service Intermediate Associate**

- **Primary Location:** United States,Texas,San Antonio
- **Education:** Associate's Degree/College Diploma
- **Job Function:** Commercial and Business Sales
- **Schedule:** Full-time
- **Shift:** Day Job
- **Employee Status:** Regular
- **Travel Time:** Yes, 10 % of the Time
- **Job ID:** 19016696

**Description**

On a daily basis, an Intermediate CSR (Citi Service Representative) will be responsible for the following:

• CSRs utilize expert business, industry, and operational knowledge in addition to frequent client interaction to identify value added products and client solutions for cross-sell opportunities. These CSRs provide input and decisions on Cash Management, Liability by consulting on policy compliance, operational constraints and service performance risk

• Responsibilities also include integrity of account opening / on-boarding activities and documentation, specifically for Regulatory, Know Your Customer (KYC) and Anti-Money Laundering (AML) compliance and to ensure timeliness of account setup and data quality

• Comprehensive execution of this position requires on-going judgment and subject matter expertise to ensure compliance is maintained within Global Banking Policy, Anti-Money Laundering and Know Your Customer requirements

• CSRs ensure legal, regulatory and operational control requirements are maintained across their assigned diverse complex customer base on an ongoing basis

• CSRs perform MCA= Management Control Assessment testing to ensure dynamic controls.

• Leveraging Customer feedback and industry experience, CSRs provide advanced consultative support regarding product terms and conditions and needed competitive market enhancements.

• Provide guidance on the direction and development of organization wide process improvement programs.

• Provide leadership on taskforces whose mission is to achieve our goal of bringing service to the next level

• CSRs help identify the source/cause of significant customer issues so that they can be eliminated

https://jobs.citi.com/job/san-antonio/client-service-intermediate-associate/287/11621876          (last

accessed May 2, 2019).

Career Opportunity                                      APPLY NOW

**Ops Sup Group Manager**

- **Primary Location:** United States,Texas,San Antonio
- **Other Location:** United States,Arizona,Tucson; United States,Florida,Jacksonville; United States,Kentucky,Florence
- **Education:** Bachelor's Degree
- **Job Function:** Operations - Core
- **Schedule:** Full-time
- **Shift:** Day Job
- **Employee Status:** Regular
- **Travel Time:** Yes, 10 % of the Time
- **Job ID:** 19017571

**Description**

Ops Sup Group Manager

Description

US Retail Bank Core Operations seeks an engaged, multi-dimensional, and influential leader for the Automation, Control, and Communication team. This individual will lead a group of approximately 30 professionals working initiatives ranging from Control and Issue Management, to Automation efforts through robotics and systems optimizations, to Culture and Communication activities for the approximately 750 employees of Core Ops. Additionally, the ideal candidate will provide mission-critical assistance to the head of Core Operations on a variety of strategic and operational fronts as a demonstrated leader who functions tactically and with forward-thinking focus, demonstrates and encourages innovation, and can interface graciously and diplomatically with stakeholders from many businesses and levels.

https://jobs.citi.com/job/san-antonio/ops-sup-group-manager/287/11609181 (last accessed May 2, 2019).

Career Opportunity                                    APPLY NOW

**Registered Client Service Associate**

- **Primary Location:** United States,Texas,San Antonio
- **Education:** High School Diploma/GED
- **Job Function:** Sales
- **Schedule:** Full-time
- **Shift:** Day Job
- **Employee Status:** Regular
- **Travel Time:** No
- **Job ID:** 19015713

Description

The Registered Client Service Associate (CSA) role is a fully registered  sales support position.  This position will provide operational and sales support to an assigned pool of Independent Financial Advisors. Incumbents may also on a regular basis support of business initiatives, regulatory inquiries as well as interfacing directly with clients. For established clients, the RCSA often serves as the most frequent point of contact with CPWM.
Job Description:
Manage and execute client transactions with respect to business and individual investment products. Ensure transactions are completed within audit and compliance standards as well as timely.
Coordinate account opening and maintenance for all products and reporting including address changes, telephone number updates, account status changes, rates and fee waivers.
Enforce banking policies and procedures to ensure operational integrity while maintaining high client satisfaction.
Execute on Administrative tasks, when appropriate.  This could include scheduling, telephony handling, travel arrangements, expense management, etc.
Take ownership of client investigations (e.g., statement reporting issues and pricing inquiries) and collaborate with operational and middle office teams to ensure effective resolution.
Take an active role in scheduling FA/client appointments to build upon existing or establish new relationships.
Act as a willing partner in the Retail Branch Environment, helping partners to ensure a best in class client experience across multiple segments
Identify and document new business opportunities for referral to banker or product specialist.
Be attentive and diligent in daily work habits to recognize fraudulent transactions.
As required, may train less experienced team members
Partner with the Financial Advisors to help enhance business development, client relationships, prospecting opportunities, and overall success.
Process wire and ACH requests for clients.
Involvement with the AML/KYC process for all new clients.

https://jobs.citi.com/job/san-antonio/registered-client-service-associate/287/11444706                    (last

accessed May 2, 2019).

        10.    On May 2, 2019, an abbreviated search on www.linkedin.com revealed 1,297

people as presently working for Defendant in the San Antonio, Texas area.



https://www.linkedin.com/search/results/people/?facetCurrentCompany=%5B%2211448%22%5D&facetGeoRegion=%5B%22us%3A724%22%5D&keywords=Citibank&origin=FACETED_SEARCH (last accessed May 2, 2019).



https://www.linkedin.com/in/tony-mendez-81aaa9a4/ (last accessed May 2, 2019).



https://www.linkedin.com/in/latoya-spencer-02194675/ (last access May 2, 2019).



https://www.linkedin.com/in/john-garcia-978903115/ (last accessed May 2, 2019).



[https://www.linkedin.com/in/anibal-martinez/](https://www.linkedin.com/in/anibal-martinez/) (last accessed May 2, 2019).

    11.    On May 2, 2019, a search on [www.glassdoor.com](http://www.glassdoor.com) revealed 92 employee reviews for Defendant by employees describing employment in San Antonio, Texas, including current employees working in the San Antonio, Texas area.



https://www.glassdoor.com/Reviews/Citi-San-Antonio-Reviews-EI_IE8843.0,4_IL.5,16_IM757.htm (last accessed May 2, 2019).



https://www.glassdoor.com/Reviews/Citi-San-Antonio-Reviews-
EI_IE8843.0,4_IL.5,16_IM757.htm (last accessed May 2, 2019).



https://www.glassdoor.com/Reviews/Citi-San-Antonio-Reviews-
EI_IE8843.0,4_IL.5,16_IM757.htm (last accessed May 2, 2019).



https://www.glassdoor.com/Reviews/Citi-San-Antonio-Reviews-
EI_IE8843.0,4_IL.5,16_IM757.htm (last accessed May 2, 2019).



https://www.glassdoor.com/Reviews/Citi-San-Antonio-Reviews-EI_IE8843.0,4_IL.5,16_IM757.htm (last accessed May 2, 2019).

12.     Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400 because Defendants have committed acts of infringement and have regular and established places of business in this judicial district.

### COUNT I
### (Infringement of U.S. Patent No. 9,386,094)

13.     Lupercal incorporates the above numbered paragraphs as though fully set forth herein.

14.     Plaintiff is the owner, by assignment, of U.S. Patent No. 9,386,094 (the "'094 Patent"), entitled SYSTEM AND METHOD FOR MEDIA SUBMISSION, which issued on July 5, 2016. A copy of the '094 Patent is attached as Exhibit A.

15.     The '094 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

16.     Defendant provides the Citi Mobile App for use with Apple iOS devices and Android devices, which is available for download from Apple's iTunes App Store and Google Play Apps:



https://online.citi.com/US/JRS/portal/template.do?ID=MobileAppDownload&ProspectID=E8901F23285543A8A579EC24F4537885



https://itunes.apple.com/us/app/citi-mobile/id301724680?mt=8



https://play.google.com/store/apps/details?id=com.citi.citimobile&hl=en_US

17.     Defendant controls the operation and use of the Citi Mobile App and encourages

its customers to use the Citi Mobile App to deposit checks to the customer's accounts with

Defendant. The Defendant's Citi Mobile App is the Accused Instrumentality through which Defendant and its customers infringe the '094 Patent.

18.     At least by developing, distributing, operating, promoting, and encouraging the use of the Citi Mobile App, Defendant encourages its customers to use the Citi Mobile App to practice the claimed methods, which Defendant controls the use of and derives a direct benefit and profit from.

19.     Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including Claim 42, of the '094 Patent by developing, distributing, operating, promoting, and encouraging the use of the Citi Mobile App in the United States without authority. Defendant has infringed and continues to infringe the '094 Patent either directly or through the acts of inducement in violation of 35 U.S.C. § 271.

20.     Defendant has been on notice of the '094 Patent at least as early as January 15, 2019 when it received a notice letter from Defendant, which included a claim chart comparing the '094 Patent claims to the Citi Mobile App.

21.     Claim 42 recites:

42.     A computer implemented method performed by an image submission tool on a user device, comprising:

causing the image submission tool to generate a visual representation of one or more images, the visual representation enabling a user to determine whether the one or more images should be replaced with one or more replacement images;

causing the image submission tool to enable a user to enter text

information for association with the one or more images or the one

or more replacement images;

causing the image submission tool to pre-process the one or more images

or the one or more replacement images to produce one or more

pre-processed images, the pre-processing by the image submission

tool controlled by one or more pre-processing parameters received

from a device separate from the user device in a conversion of the

one or more images or the one or more replacement images as

specified for use by a receiving party;

causing the image submission tool to enable a user to submit the one or

more pre-processed images; and

causing the image submission tool to transmit the one or more pre-

processed images.

22.     The Citi Mobile App enables account holders to deposit checks electronically by
taking a photo of the front and back of the check.  After selecting an account to deposit the check
to, the user enters the amount of the check.

23.     The photo of the front and back is manually taken by the user—as a result, the
images produced may be blurry or otherwise undesirable, and the application enables the user to
retake a given photo (front or back). A visual representation of the photos is displayed on the
screen.

**How Mobile Check Deposit works**

After you've downloaded the Citi Mobile app for your iPhone®, iPod touch® or Android™ device:

- Sign on to your account in the Citi Mobile app and
  — If you have an iPhone, select "Move Money" from the menu, then "Deposit Check."

  — If you have an android device, select "Mobile Deposit" from the Quick Access bar.

- To enroll in the service, review and accept the terms & conditions.
- Select the account you want to deposit your check to and enter the check amount.
- Sign the back of your check.
- Free up enough memory for taking pictures by closing other mobile apps or restarting your device.
- Take pictures of both sides of your check, then submit the images for mobile deposit.

You'll receive confirmation emails when we receive your deposit, and when we accept your deposit for processing.

https://online.citi.com/US/JRS/pands/detail.do?ID=MobileCheckDeposit&JFP_TOKEN=PYHN V8CL



https://vimeo.com/120721104

24.    After selecting an account to deposit the check to, the user enters the amount of the check.

AMENDED COMPLAINT FOR PATENT INFRINGEMENT                                    PAGE | 22

- Select the account you want to deposit your check to and enter the check amount.



https://vimeo.com/120721104

25.     Upon being accepted by the user (via the Citi Mobile App), the application pre-processes the front and back images to produce and front and back pre-processed images that is controlled by one or more preprocessing parameters received from a device (e.g., a server used to download the Citi Mobile App) separate from the user device (user's smart phone) in a conversion of the one or more images or the one or more replacement images as specified for use by a receiving party.

> And Mitek has seen this in its own products as well as through its banking clients like CitiBank, which has been able to leverage products like Apple Pay to show how one payment innovation can be integrated into another. And that's what really can propel both innovations: by leveraging the best features of both into one seamless customer experience.

https://www.pymnts.com/in-depth/2015/how-much-do-consumers-use-mobile-check-deposit/



https://www.miteksystems.com/mobile-deposit

**Check 21 Compliant Checks**

There have been some concerns about what modifications need to be made to check designs to make them Check 21 compliant. Check 21 facilitates image exchange by allowing banks to truncate original checks after imaging, and creating a new negotiable instrument called a "substitute check" or image replacement document (IRD). *Specifications for an Image Replacement Document-IRD* (ANS X9.100-40) describes the requirements of the substitute check.

No new standards for check design have been defined as a result of Check 21. As long as our checks are American National Standards compliant, no design changes have to be made. Image quality is more important than ever with the possibility that a substitute check will be created from a check image. The *Bank Check Background and Convenience Amount Field Specification* (ANS X9.100-30 and ANS X9.100-110) and *Specifications for Check Endorsements* (ANS X9.100-111) are the standards most likely to affect the legibility of data in an image. These two standards specify background reflectance, clutter, and PCS of areas where important check data is found.

**Image File Size Issues**

As financial institutions move to imaging checks, bank operations are increasingly focused on image file storage size. Although there is no American National Standards limit on file storage size, financial institutions are choosing to set their own file size limits. Some of these institutions are choosing values so low that check security is threatened.

There are several reasons banks are pushing for smaller image file sizes. The primary reason is storage. As banks increase the number of items that they image, they will require more electronic storage capacity. In addition, banks may be providing their corporate customers with check images on removable storage, such as CDs. The banks want to minimize the number of CDs they need to send back to customers (optimally, one CD per customer). Finally, as banks begin to increase image exchange, image file size will play a major role in data transmission speeds.

http://www.abagnale.com/pdf/checks_image_file_size.pdf



https://en.wikipedia.org/wiki/Substitute_checks_in_the_United_States

26.     The parameters used for performing the pre-processing operations are part of the software library code (Mitek SDK) and API code provided by Mitek and used in the Citi Mobile App Mobile banking application.

https://developers.miteksystems.com/

27.     The foregoing shows the Mitek MiSnap SDK interface code use to capture the image (top portion) and the Mitek Web Services interface (bottom portion) used for an Android mobile banking application using the Mitek SDK (software development kit) and code library. The image is sent as a base-64 format image to a Mitek Web Services server. The image capture interface code using Andoids variant of Java. The Mitek Web Services uses a Java interface, and the "InsertPhoneTransaction" is a Java object.

28.     The following shows the Mitek MiSnap SDK interface code used to capture the image (top portion) and then send the pre-processed image to the Mitek Web Services for further processing (bottom portion) using an iOS application. The image capture interface code using Apple's Objective C language. "InsertPhoneTransaction" Java object is the same as used by the Android application.

29.     The app enables the user to submit the pre-processed front and back images



30.     Once the user hits submit, the pre-processed images are transmitted to a Mitek Web

Services server.

> • Take pictures of both sides of your check, then submit the images for mobile deposit.
>
> You'll receive confirmation emails when we receive your deposit, and when we accept your deposit for processing.

31.     The pre-processed images are first sent to a Mitek Web server to be processed using Mitek image processing Web Services, which (substantially immediately) return images of the front and back of the check that are compliant with the Check 21 substitute check requirements.

32.     The Check 21 compliant images (substitute check) are then sent to a Citibank server. The processing performed by the Mitek Web Services is transparent to the user experience and is performed on the order of a second or less.

33.     Lupercal has been damaged by Defendant's infringing activities.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the Court enter judgment against Defendant:

1.     declaring that the Defendant has infringed the '094 Patent;

2.     awarding Plaintiff its damages suffered as a result of Defendant's infringement of the '094 Patent;

3.     awarding Plaintiff its costs, attorneys' fees, expenses, and interest; and

4.     granting Plaintiff such further relief as the Court finds appropriate.

## JURY DEMAND

Plaintiff demands trial by jury, Under Fed. R. Civ. P. 38.

Dated: May 8, 2019                                    Respectfully submitted,


                                                     /s/ Raymond W. Mort, III
                                                     Raymond W. Mort, III
                                                     Texas State Bar No. 00791308
                                                     raymort@austinlaw.com

                                                     **THE MORT LAW FIRM, PLLC**
                                                     100 Congress Ave, Suite 2200
                                                     Austin, Texas 78701
                                                     Tel/Fax: (512) 865-7950

                                                     **ATTORNEYS FOR PLAINTIFF
                                                     LUPERCAL LLC**